UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-01732-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 9 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for June 16, 2020 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due June 9, 2020 by 5:00 P.M.

Please report to Courtroom 6, 2nd Floor, Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

Dated: March 26, 2020

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Mauriona Lee, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　510-637-3530