LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 00000000)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>　　　　　　　　　　Defendant. | Case No.: 4:20-cv-01732-JST<br><br>**STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  March 11, 2020<br><br>Judge:  Hon. John S. Tigar |

**STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S DEADLINE TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6 and 12, and Civil Local Rule 6-1, Defendant Sony Interactive Entertainment, LLC ("Sony") and Plaintiff Brandi Crawford ("Crawford" and together with Sony, the "Parties") stipulate and agree as follows.

1. On March 11, 2020, Crawford filed the Complaint against Sony.

2. On March 23, 2020, Crawford served a Notice of Lawsuit and Request to Waive Service of Summons on Sony. The current deadline for Sony to respond to the Complaint is May 22, 2020.

3. The Parties have met and conferred, and agree that Sony's deadline to respond to the Complaint shall be extended through and including the thirtieth (30th) day after the current deadline. As the 30th day falls on a weekend, the deadline will be further extended to the next court day, June 22, 2020.

4. There is a Case Management Conference currently scheduled for June 16, 2020. The parties respectfully request that this date be continued until after June 22, 2020. This stipulated-to extension of time will not affect any other existing court-ordered dates or deadlines.

5. There have not been prior time modifications.

6. No party will be prejudiced by this extension of time.

7. Nothing in this Stipulation shall be construed as an admission, denial or waiver by any of the Parties as to any of Crawford's claims or any of Sony's defenses.

Dated: May 18, 2020        SACKS, RICKETS & CASE LLP

By: /s/ *Michele Floyd*
Luanne Sacks
Michele Floyd
Mike Scott

Attorneys for Defendant
Sony Interactive Entertainment, LLC

Dated: May 18, 2020                         EXCOLO LAW, PLLC

                                            By: */s/ Keith Altman*
                                            Keith Altman

                                            Attorneys for Plaintiff
                                            Brandi Crawford

### ATTESTATION RE ELECTRONIC SIGNATURES

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Dated: May 18, 2020                         By:  */s/ Michele Floyd*
                                            Michele Floyd