LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 00000000)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>Defendant. | Case No.: 4:20-cv-01732-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 11, 2020<br><br>Judge: Hon. John S. Tigar |

[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 3:20-cv-01732-JST

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S DEADLINE TO RESPOND TO COMPLAINT**

Upon consideration of the Stipulation to Extend Defendant Sony Interactive Entertainment, LLC's Deadline to Respond to Complaint, and finding good cause for the request, **IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**. Sony Interactive Entertainment, LLC's deadline to answer or otherwise respond to the Complaint is extended through and including June 22, 2020. The Case Management Conference scheduled for June 16, 2020 is continued to _____. Case Management Statements shall be filed by _____.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____            _____
                                      Hon. John S. Tigar, District Judge
                                      U.S. District Court, Northern District of California

1

[PROPOSED] ORDER RE: STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT
CASE NO. 3:20-cv-01732-JST