UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI CRAWFORD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　　Defendant. | Case No. 20-cv-01732-JST<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable James Donato for consideration of whether the case is related to *Lopez v. Sony Interactive Entertainment, LLC*, Case No. 19-cv-00507-JD.

　　　　**IT IS SO ORDERED.**

Dated: May 19, 2020



JON S. TIGAR
United States District Judge