LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 00000000)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>                Defendant. | Case No.: 3:20-cv-01732-JD<br><br>**STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S DEADLINE TO RESPOND TO COMPLAINT**<br><br>Complaint Filed:  March 11, 2020<br><br>Judge:  Hon. James Donato |

**STIPULATION TO EXTEND DEFENDANT SONY INTERACTIVE, LLC'S DEADLINE TO RESPOND TO COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 6 and 12, and Civil Local Rule 6-1(a), Defendant Sony Interactive Entertainment, LLC ("Sony") and Plaintiff Brandi Crawford ("Crawford" and together with Sony, the "Parties") stipulate and agree as follows.

1. On March 11, 2020, Crawford filed the Complaint against Sony.

2. On March 23, 2020, Crawford served a Notice of Lawsuit and Request to Waive Service of Summons on Sony.

3. To avoid conflicts with the schedules of counsel, the Parties have agreed that Sony's deadline to respond to the Complaint shall be extended through and including July 3, 2020.

4. This stipulated-to extension of time will not affect the date of any existing court-ordered deadlines.

5. There has been one prior time modification.

6. No party will be prejudiced by this extension of time.

7. Nothing in this Stipulation shall be construed as an admission, denial or waiver by any of the Parties as to any of Crawford's claims or any of Sony's defenses.

Dated: June 16, 2020                SACKS, RICKETS & CASE LLP

                                    By: /s/ *Michele Floyd*
                                        Luanne Sacks
                                        Michele Floyd
                                        Mike Scott

                                        Attorneys for Defendant
                                        Sony Interactive Entertainment, LLC

Dated: June 16, 2020                EXCOLO LAW, PLLC

                                    By: /s/ *Keith Altman*
                                        Keith Altman

                                        Attorneys for Plaintiff
                                        Brandi Crawford

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 16, 2020           By:  */s/ Michele Floyd*
                                    Michele Floyd