LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 255282)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment LLC

## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>  vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>       Defendant. | Case No.: 4:20-CV-01732-JST<br><br>**DECLARATION OF RYAN KING IN SUPPORT OF DEFENDANT SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Courtroom:  11, 19th Floor<br><br>Judge:  Hon. James Donato |

I, Ryan King, declare:

1. I am over the age of 18 and am not a party to this action.  I am employed by Sony Interactive Entertainment LLC ("SIE").  By virtue of my job responsibilities, I have personal knowledge of the facts set forth below except as to those facts set forth upon information and belief.  As to those facts, I believe them to be true.  If called as a witness, I could and would testify competently to the facts set forth herein.  I make this declaration in support of Defendants' Motion to Compel Arbitration.

2. I have been employed at SIE or its predecessor since 2010.  My current title is Director of Product Management.

3. I understand that Plaintiff Brandi Crawford ("Plaintiff") alleges that her minor son used her debit card without her authorization to purchase over $1,000 worth of V-Bucks, which is in-game virtual currency for use with the video game Fortnite. I further understand that

which is in-game virtual currency for use with the video game Fortnite. I further understand that Plaintiff alleges that her minor son used their PlayStation®4 entertainment console ("PS4") to create a PlayStation™Network ("PSN") account and used the account he created to purchase the V-Bucks.  Use of a PS4 entertainment console is governed by the System Software License Agreement ("SSLA").  PS4 entertainment consoles must be set up before consumers can use them.  Stated differently, a PS4 cannot be used straight out of the box.  By virtue of my job responsibilities, I am familiar with the PS4 set-up process.  During console set-up, the full text of the SSLA is presented on screen to all consumers in a scroll box.  Each consumer must accept it by clicking an on-screen "Accept" button.  If they do not click "Accept," the set-up process terminates and the consumer cannot use the PS4.  In short, it is impossible to use a PS4 without first agreeing to the SSLA.

4.     The current version of the SSLA (2.1) is the version that would have been in effect when the challenged purchases were made.  A true and correct copy of SSLA version 2.1 is attached hereto as Exhibit 1.

5.     The PSN is a digital entertainment network that can be accessed through PlayStation® computer entertainment systems, including the PS4.  The PSN offers a number of services that include an online marketplace (the PlayStation™Store), a premium subscription service for enhanced gaming and social features (PlayStation™Plus), movie streaming, rentals and purchases (PlayStation™Video), music streaming (PlayStation™Music), and a cloud-based gaming service (PlayStation™Now).  The ability to purchase video games and game enhancements, including V-Bucks for Fortnite, is another PSN service feature enabled by the PlayStation™Store.

6.     A PSN account is required in order to access and use PSN services.  Access to the PSN and use of the services that it provides is governed by the PSN Terms of Service and User Agreement ("PSN ToSUA"). The full text of the PSN ToSUA is presented on-screen in a scroll box during the account set-up process and consumers must agree to it by clicking an on-screen "Accept" button when the terms are presented.  Failure to click "Accept" terminates the account creation process and access to the PSN is denied.

KING DECL. ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 4:20-CV-01732-JST

7.      SIE regularly maintains PSN account information in the ordinary course of its business.  Plaintiff has a PSN account in her name that was identified using account credentials provided by her lawyer.  I reviewed her PSN account information and relevant transaction history. The account information and transaction records confirm that Plaintiff created a PSN account on April 28, 2013.  Because it is impossible to create a PSN account and make purchases through the PlayStation$^{TM}$Store without first having accepted the PSN ToSUA, Plaintiff necessarily assented to the PSN ToSUA on that date.  The transaction history of Plaintiff's account confirms that at least thirteen (13) purchases were made on a PS4 entertainment console through Plaintiff's PSN account on February 29, 2020 and March 1, 2020, totaling $413.02.

8.      I also reviewed the account information and transaction records pertaining to the PSN account that Plaintiff alleges her son created. This PSN account was also identified using account credentials provided by Plaintiff's lawyer.  It was created on October 1, 2019 using a date of birth affirming that the creator was over the age of 18.  The transaction history for this account shows nineteen (19) purchases through a PS4 entertainment console between December 6, 2019 and February 29, 2020 that total $430.51, including at least fifteen (15) purchases made on February 28, 2020 and February 29, 2020.

9.      Because Plaintiff and her son each have a PSN account, they necessarily accepted the PSN ToSUA because it is impossible to create a PSN account and make purchases through the PlayStation$^{TM}$Store without first having accepted the PSN ToSUA.  A true and correct copy of the version of the PSN ToSUA that was in effect in October 2019 when C.R.B. created his PSN account and when the challenged purchases were made is the current version, which is attached hereto as Exhibit 2 and incorporated herein by this reference.  A true and correct copy of the version of the PSN ToSUA that was in effect in April 2013 when Plaintiff created her PSN account is attached hereto as Exhibit 3 and incorporated herein by this reference.

10.     Both the SSLA and the PSN ToSUA contain mandatory arbitration provisions and class action waivers, and both provide consumers the opportunity to opt out of those

KING DECL. ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 4:20-CV-01732-JST

1  provisions. There are no repercussions for opting out of the arbitration provision and class

2  action waiver:  consumers who opt out may still set up and use their PS4s and PSN accounts.

3  SIE regularly maintains records in the ordinary course of business of all consumers who opt out

4  of the SSLA and/or the PSN ToSUA arbitration provisions. Custodians of those records

5  conducted a search and have confirmed that they checked their files for any arbitration opt-out

6  associated with Plaintiff Brandi Crawford or C.R.B.'s account and that no such records were

7  located.   Accordingly, I am informed and believe based on the absence of records that neither

8  Plaintiff nor C.R.B. opted out of the arbitration provision of either the PSN ToSUA or the

9  SSLA.

10      I declare under penalty of perjury under the laws of the United States that the foregoing is

11  true and correct. Executed this 10 day of July, 2020, at SAN DIEGO, California.

12

13

14      Ryan King

15

16

17

18

19

20

21

22

23

24

25

26

27

28

KING DECL. ISO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 4:20-CV-01732-JST

# EXHIBIT 1

# PLAYSTATION®4 SYSTEM SOFTWARE LICENSE AGREEMENT (Version 2.1)

PLEASE READ THIS PLAYSTATION®4 SYSTEM SOFTWARE LICENSE AGREEMENT ("AGREEMENT") CAREFULLY TO UNDERSTAND YOUR RIGHTS AND OBLIGATIONS.

THIS AGREEMENT IS BETWEEN YOU AND SONY INTERACTIVE ENTERTAINMENT INC. ("SIE Inc"). ACCESS TO OR USE OF THE SYSTEM SOFTWARE IN SIE Inc's PlayStation®4 COMPUTER ENTERTAINMENT SYSTEM ("PS4™ SYSTEM") IS EXPRESSLY CONDITIONED UPON YOUR ACCEPTANCE OF THIS AGREEMENT'S TERMS. BY USING YOUR PS4 SYSTEM, YOU REPRESENT THAT YOU ARE CAPABLE OF ENTERING INTO A CONTRACT UNDER THE LAWS OF YOUR JURISDICTION AND AGREE TO BE BOUND BY THIS AGREEMENT'S TERMS.

You are accepting this Agreement on your behalf and on behalf of other people who access or use: (i) your PS4 system; or (ii) your PS4 system account or your account on PlayStation™ Network ("Account")  associated with this PS4 system. You are responsible for other people's use of your PS4 system and for their compliance with this Agreement's terms.

SIE Inc reserves the right, from time to time, with or without notice to you, to change the terms of this Agreement. The most current version of this Agreement will supersede all previous versions.

This Agreement applies to any system software, firmware and Internet browser software and other application software included in your PS4 system and any patches, updates, upgrades or new versions of that system software, firmware and Internet browser software and other application software provided to or made available for your PS4 system through any SIE Inc or Sony service or online network, PlayStation™Network, SIE Inc website or PS4 game media. All software and firmware described in this paragraph is referred to collectively as "System Software" throughout this Agreement.

If you are in the North America, South America or Central America, all games and other software made available for use with your PS4 system are licensed to you, not sold, pursuant to the Software Product License Agreement which can be found at http://us.playstation.com/softwarelicense.

NOTE: IF YOU ARE A UNITED STATES RESIDENT OR A RESIDENT OF A COUNTRY IN NORTH, CENTRAL OR SOUTH AMERICA, TO THE FULLEST EXTENT PERMITTED BY LAW, THIS AGREEMENT CONTAINS A BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER PROVISION IN SECTION 9 THAT AFFECTS YOUR RIGHTS UNDER THIS AGREEMENT AND WITH RESPECT TO ANY "DISPUTE" (AS DEFINED IN SECTION 9) BETWEEN YOU AND A "SONY ENTITY" (AS DEFINED IN SECTION 9). YOU HAVE A RIGHT TO OPT OUT OF THE BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS AS DESCRIBED IN SECTION 9.

## 1. LICENSE GRANT

Subject to this Agreement's terms, SIE Inc grants you a non-exclusive, non-commercial right to use System Software solely on your PS4 system. Your rights to use previous versions of System Software other than the current version of System Software terminates as soon as you can receive or have the most current version of System Software installed on your PS4 system.

Certain license terms for SIE Inc-licensed, third-party software or service may require that SIE Inc provide you with notices and license terms for that third-party software or service. These notices and license terms are available to you at https://doc.dl.playstation.net/doc/ps4-oss/ or any other place which SIE Inc thinks appropriate.

All rights to use System Software are granted by license only, and you are not granted any ownership rights or interests in System Software. SIE Inc and its licensors retain all intellectual property rights in System Software. All use of or access to System Software is subject to this Agreement's terms and applicable intellectual property laws. Except as this Agreement expressly grants, SIE Inc and its licensors reserve all rights in System Software.

## 2. RESTRICTIONS

You may not lease, rent, sublicense, publish, modify, patch, adapt or translate System Software. You may not reverse engineer, decompile or disassemble System Software, create System Software derivative works, or attempt to create System Software source code from its object code. You may not (i) use any unauthorized, illegal, counterfeit or modified hardware or software with System Software; (ii) use tools to bypass, disable or circumvent any PS4 system encryption, security or authentication mechanism; (iii) reinstall earlier versions of the System Software ("downgrading"); (iv) violate any laws, regulations or statutes or rights of SIE Inc or third parties in connection with your access to or use of System Software; (v) use any hardware or software to cause System Software to accept or use unauthorized, illegal or pirated software or hardware; (vi) obtain System Software in any manner other than through SIE Inc's authorized distribution methods; or (vii) exploit System Software in any manner other than to use it with your PS4 system according to the accompanying documentation and with authorized software or hardware, including use of System Software to design, develop, update or distribute unauthorized software or hardware for use in connection with your PS4 system.

These restrictions will be construed to apply to the greatest extent permitted by the law in your jurisdiction.

## 3. SERVICES AND UPDATES; THIRD PARTY AGREEMENTS AND CONTENT

SIE Inc may provide you with certain System Software updates, upgrades or services. Some updates, upgrades or services may be provided automatically without notice to you

2

when you sign in to PlayStation™Network and others may be available to you through SIE Inc's website or authorized channels. You consent to SIE Inc providing you these automatic updates, upgrades and services. Services may include the latest update or download of a new release of System Software containing security patches, new technology or revised settings and features that may prevent access to unauthorized or pirated content or prevent use of unauthorized hardware or software in connection with your PS4 system. These updates, upgrades and services may have effects on the functionality of your PS4 system, and SIE Inc is not responsible to you for any such effects or any harm caused by the installation process.

You must install or have installed the most current version of System Software as soon as you reasonably can. Some updates, upgrades or services may change your current settings, cause a loss of data or content or cause functionality or feature loss. SIE Inc recommends that you regularly back up all data that you can.

Third parties may make other services or content available to you, and they may require you to accept their separate terms and conditions and privacy policy. System Software may refer to, display or provide you with links to websites or content that third parties independently operate or maintain ("Third Party Content and Links").

SIE Inc and its affiliated companies do not control or direct Third Party Content and Links nor do SIE Inc and its affiliated companies monitor, approve, endorse, warrant or sponsor any Third Party Content and Links. SIE Inc and its affiliated companies have no liability to you for any Third Party Content and Links. Your reliance on any Third Party Content and Links is at your own risk, and you assume all responsibilities and consequences resulting from your reliance.

Please see your PS4 system documentation for information on possible access controls to Third Party Content and Links via your PS4 system's or PlayStation™Network's parental controls.


## 4. COLLECTION OF INFORMATION/ AUTHENTICATION

In order to operate SIE Inc's businesses and deliver products and services, SIE Inc may collect and retrieve information about your hardware and software. This information may be used for system monitoring/diagnostics, marketing purposes, tracking user behavior anonymously, authentication, copy protection and other purposes. SIE Inc will also be able to know your console unique ID and your console IP address which is automatically assigned to your PS4 system by your internet service provider when you connect your PS4 system to the internet. When you sign-in to your Account from your PS4 system, we may be able to link these information with your Account and other information associated with your Account.

This PS4 system allows users to record, share and stream gameplay sessions, which may include your voice or text communications with other players. Please refer to the PS4 User's Guide and Privacy Policy for your region for further details on how this information will be used and who to contact if you have questions. You hereby waive any rights or expectation of privacy, confidentiality, or publicity for any information in your gameplay or

communications via your PS4 system, except as described in the PS4 User's Guide and Privacy Policy for your region.

## 5. INTERNET FEATURES

Using System Software features that require access to an Internet connection ("Internet Features") may require you to obtain wired or wireless Internet service from a third-party internet service provider ("Internet Service Provider"). Some Internet Features may also require you to be signed in to PlayStation™Network. Internet access may NOT be available at your location, be free of charge or free from interruption or disconnections. If you wish to obtain Internet Service Provider services for your PS4 system, you must enter into the necessary Internet Service Provider agreements for those services. You are responsible for all fees incurred in connection with access to or use of the Internet.

Certain Internet Features may operate depending upon Internet connection factors not under SIE Inc's control. Browsing websites, playing programs or downloading programs or data may result in viruses, loss or corruption of data or other problems, and you assume all responsibilities and consequences resulting from engaging in these activities through your PS4 system.

## 6. WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY

System Software is provided "AS IS" without any express or implied warranties. SIE Inc, its affiliated companies and licensors expressly disclaim any implied warranty of merchantability, warranty of fitness for a particular purpose and warranty of non-infringement.

IN NO EVENT ARE SIE Inc, ITS AFFILIATES AND LICENSORS LIABLE FOR ANY LOSS OF DATA, LOSS OF PROFIT, OR ANY LOSS OR DAMAGE, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL, HOWEVER ARISING, AS A RESULT OF ACCESSING OR USING SYSTEM SOFTWARE. SO LONG AS THIS PROVISION IS ENFORCEABLE IN YOUR JURISDICTION, THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS APPLY TO THE FULLEST EXTENT PERMITTED BY LAW EVEN IF ANY REMEDY FAILS OF ITS ESSENTIAL PURPOSE.

## 7. VIOLATION OF AGREEMENT; TERMINATION OF RIGHTS AND SIE Inc REMEDIES

If SIE Inc determines that you have violated this Agreement's terms, SIE Inc may itself or may procure the taking of any action to protect its interests such as disabling access to or use of some or all System Software, disabling use of this PS4 system online or offline, termination of your access to PlayStation™Network, denial of any warranty, repair or other services provided for your PS4 system, implementation of automatic or mandatory updates or devices intended to discontinue unauthorized use, or reliance on any other remedial efforts as reasonably necessary to prevent the use of modified or unpermitted use of System Software.

4

SIE Inc, its affiliates and licensors reserve the right to bring legal action in the event of a violation of this Agreement. SIE Inc may participate in governmental or private legal action or investigation relating to your use of System Software.

## 8. EXPORT CONTROL AND COMPLIANCE WITH LAWS

System Software may contain technology that is subject to certain restrictions under export-control laws and regulations. As such, your PS4 system may not be exported or re-exported to persons and entities in violation of these laws and regulations. You must comply with these laws when using System Software.

## 9. BINDING INDIVIDUAL ARBITRATION FOR CERTAIN RESIDENTS

The following terms in this Section 9, to the fullest extent permitted under law, only apply to you if you are a resident of the United States or a country in North, Central or South America.

The term "Dispute" means any dispute, claim, or controversy between you and SIE Inc, Sony Interactive Entertainment LLC, any of their current or former affiliates, or any predecessor or successor entity to any of the foregoing, including Sony Computer Entertainment Inc., Sony Computer Entertainment America LLC, and Sony Interactive Entertainment America LLC ("Sony Entity") regarding use of System Software, whether based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement or negligence), or any other legal or equitable theory, and includes the validity, enforceability or scope of this Section 9 (with the exception of the enforceability of the Class Action Waiver clause below). "Dispute" has the broadest possible meaning that will be enforced.

If you have a Dispute (other than one described as excluded from arbitration below) with any Sony Entity or a Sony Entity's officers, directors, employees and agents ("Adverse Sony Entity") that cannot be resolved through negotiation as required below, you and the Adverse Sony Entity must seek resolution of the Dispute only through arbitration of that Dispute according to Section 9's terms and not litigate that Dispute in court. Arbitration means that the Dispute will be resolved by a neutral arbitrator instead of in a court by a judge or jury.

YOU AND THE SONY ENTITIES AGREE THAT ANY CLAIM FILED BY YOU OR BY A SONY ENTITY IN SMALL CLAIMS COURT IS NOT SUBJECT TO THE ARBITRATION TERMS CONTAINED IN THIS SECTION 9.

IF YOU DO NOT WISH TO BE BOUND BY THE BINDING ARBITRATION AND CLASS ACTION WAIVER IN THIS SECTION 9, YOU MUST NOTIFY SIE Inc IN WRITING WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THIS AGREEMENT. YOUR WRITTEN NOTIFICATION MUST BE MAILED TO SONY INTERACTIVE ENTERTAINMENT INC. CARE OF SONY INTERACTIVE ENTERTAINMENT LLC, 2207 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94404, ATTN: LEGAL DEPARTMENT – WAIVER AND MUST INCLUDE: (1) YOUR NAME, (2) YOUR ADDRESS, (3) YOUR SIGN-IN ID, IF YOU HAVE

ONE, AND (4) A CLEAR STATEMENT THAT YOU DO NOT WISH TO RESOLVE DISPUTES WITH ANY SONY ENTITY THROUGH ARBITRATION.

IF YOU HAVE A DISPUTE WITH ANY SONY ENTITY, YOU MUST SEND WRITTEN NOTICE TO SONY INTERACTIVE ENTERTAINMENT INC. CARE OF SONY INTERACTIVE ENTERTAINMENT LLC, 2207 BRIDGEPOINTE PARKWAY, SAN MATEO, CA 94404, ATTN: LEGAL DEPARTMENT - DISPUTE RESOLUTION TO GIVE THE ADVERSE SONY ENTITY AN OPPORTUNITY TO RESOLVE THE DISPUTE INFORMALLY THROUGH NEGOTIATION.

You agree to negotiate resolution of the Dispute in good faith for no fewer than 60 days after you provide notice of the Dispute. If the Adverse Sony Entity does not resolve your Dispute within 60 days from its receipt of notice of the Dispute, you or the Adverse Sony Entity may pursue your claim in arbitration pursuant to the terms in this Section 9.

ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION, UNLESS BOTH YOU AND THE ADVERSE SONY ENTITY SPECIFICALLY AGREE TO DO SO IN WRITING FOLLOWING INITIATION OF THE ARBITRATION.

If you or the Adverse Sony Entity elect to resolve your Dispute through arbitration, the party initiating the arbitration proceeding may initiate it with the American Arbitration Association ("AAA"), www.adr.org, or JAMS www.jamsadr.com. This Section 9's terms govern if they conflict with the rules of the arbitration organization that the parties select.

The Federal Arbitration Act ("FAA") governs the arbitrability of all Disputes involving interstate commerce. However, applicable federal or state law may also apply to the substance of a Dispute. For claims of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes ("Supplementary Procedures") apply, including the schedule of arbitration fees set forth in section C-8 of the Supplementary Procedures, for claims over $75,000, the AAA's Commercial Arbitration Rules and relevant fee schedules for non-class action proceedings apply.

The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Further, if your claims do not exceed $75,000 and you provided notice to and negotiated in good faith with the Adverse Sony Entity as described above, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to recover reasonable attorneys' fees and costs as determined by the arbitrator, in addition to any rights to recover the same under controlling state or federal law afforded to the Adverse Sony Entity or you.

The arbitrator will make any award in writing but need not provide a statement of reasons unless requested by a party. The arbitrator's award will be binding and final, except for any right of appeal provided by the FAA, and may be entered in any court having jurisdiction over the parties for purposes of enforcement.

You or the Adverse Sony Entity may initiate arbitration in either San Mateo County, California or the county in which you reside. If you select the county of your residence, the Adverse Sony Entity may transfer the arbitration to San Mateo County if it agrees to pay any

additional fees or costs you incur as a result of the change in location as determined by the arbitrator.

If any clause within this Section 9 (other than the Class Action Waiver clause above) is illegal or unenforceable, that clause will be severed from this Section 9, and the remainder of this Section 9 will be given full effect. If the Class Action Waiver clause is found to be illegal or unenforceable, this entire Section 9 will be unenforceable, and the Dispute will be decided by a court.

This Section 9 survives this Agreement's termination.


## 10. GOVERNING LAW AND VENUE

If you reside in Japan or country/area located in East Asia or Southeast Asia, this Agreement is governed by, construed and interpreted in accordance with the laws of Japan except for its conflict of law rules. Any dispute arising under or in relation to this Agreement, shall be exclusively submitted to the Tokyo District Court in Tokyo, Japan. If you reside in Europe, Africa, Australia and Oceania, Middle East, India or Russian Federation, this Agreement is governed by, construed and interpreted in accordance with English Law except for its conflict of law rules.

If you reside elsewhere, this Agreement is governed by, construed and interpreted in accordance with the laws of the State of California except for its conflict of law rules. If you are a resident of the United States, any Dispute not subject to arbitration and not initiated in small claims court must be litigated in a court of competent jurisdiction in either the Superior Court for the State of California in the County of San Mateo or in the United States District Court for the Northern District of California.


## 11. GENERAL LEGAL

You are bound by this Agreement's most current version. SIE Inc may modify this Agreement's terms at any time. To access a printable, current version of this Agreement, go to https://doc.dl.playstation.net/doc/ps4-eula/. Please check this URL from time to time for changes to this Agreement. Your continued access to or use of System Software will signify your acceptance of the latest version of this Agreement.

If any provision of this Agreement is held invalid, illegal or unenforceable, the validity, legality and enforceability of the remaining provisions of this Agreement are not affected or impaired in any way. You acknowledge that your breach of this Agreement would cause irreparable injury to SIE Inc for which monetary damages would not be an adequate remedy and that SIE Inc is entitled to equitable relief in addition to any other remedies it may have under law.

This Agreement constitutes the entire agreement between you and SIE Inc with respect to System Software and supersedes all prior or contemporaneous understandings regarding its subject matter. No failure to exercise and no delay in exercising any right under this

7

Agreement operates as a waiver of that right. SIE Inc may assign any of its rights under this Agreement, including its rights to enforce this Agreement's terms to any SIE Inc affiliate.

Language selection
Country / Region selection

# EXHIBIT 2

2019-04-01

# TERMS OF SERVICE AND USER AGREEMENT

**PLEASE READ THIS ENTIRE AGREEMENT AND INDICATE WHETHER YOU AGREE TO ITS TERMS. IT IS A CONTRACT BETWEEN YOU AND SONY INTERACTIVE ENTERTAINMENT LLC ("SIE LLC"), AND APPLIES TO YOUR ACCESS AND USE OF OUR PLAYSTATION™NETWORK PRODUCTS AND SERVICES (COLLECTIVELY, "PSN SERVICES"). ACCESS TO PSN SERVICES IS EXPRESSLY CONDITIONED UPON ACCEPTANCE OF THIS AGREEMENT'S TERMS. IF YOU DO NOT AGREE TO THESE TERMS, YOU WILL NOT BE ABLE TO CREATE AN ACCOUNT ON PSN ("ACCOUNT") AND WILL NOT BE ABLE TO ACCESS PSN SERVICES.**

**THIS AGREEMENT CONTAINS A BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER PROVISION IN THE "BINDING INDIVIDUAL ARBITRATION" SECTION THAT AFFECTS YOUR RIGHTS UNDER THIS AGREEMENT WITH RESPECT TO ANY "DISPUTE" (AS DEFINED BELOW) BETWEEN YOU AND SIE LLC, SONY INTERACTIVE ENTERTAINMENT INC., EACH OF THEIR CURRENT OR FORMER AFFILIATES, INCLUDING PARENTS OR SUBSIDIARIES, AND ANY PREDECESSOR OR SUCCESSOR ENTITY TO ANY OF THE FOREGOING, INCLUDING SONY COMPUTER ENTERTAINMENT AMERICA LLC AND SONY INTERACTIVE ENTERTAINMENT AMERICA LLC (COLLECTIVELY, "SONY ENTITIES"). YOU HAVE A RIGHT TO OPT OUT OF THE BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS AS DESCRIBED IN THE "BINDING INDIVIDUAL ARBITRATION" SECTION.**

**TO ACCEPT THESE TERMS AND CREATE AN ACCOUNT, YOU MUST BE AN ADULT OF LEGAL AGE OF MAJORITY IN THE COUNTRY IN WHICH YOUR ACCOUNT IS REGISTERED. YOU ARE LEGALLY AND FINANCIALLY RESPONSIBLE FOR ALL ACTIONS ON YOUR ACCOUNT, INCLUDING THE ACTIONS OF CHILDREN AND ANYONE ELSE WITH ACCESS TO YOUR ACCOUNT.**

By clicking "I AGREE" button yourself (or "ACCEPT"), you affirm that you have reached the legal age of majority, understand this agreement and accept its terms, and accept the SIE LLC Privacy Policy, which is incorporated into and considered a part of this agreement. The SIE LLC Privacy Policy is available at [www.playstation.com/legal](www.playstation.com/legal). If you are under the legal age of majority, your parent or legal guardian must consent to this agreement and SIE LLC's Privacy Policy, as described below.

### USING PSN SERVICES AND ACCOUNT REGISTRATION

PSN Services include PlayStation™Network ("PSN"), PlayStation™Store, PlayStation™Plus, PlayStation™Music, PlayStation™Video, PlayStation™Now, PlayStation™Vue, and those websites, products and services that SIE LLC, and its affiliates offer through or in connection with PSN or your Account. Availability of PSN Services and their features vary depending on which system you are using and are subject to revision or change at any time without notice. Some PSN Services and

features may not be available or supported in your country or language. Additional purchases may be required to access certain PSN Services or their features.

By accepting these terms, you also agree to abide by all PSN Services policies and the Community Code of Conduct described below. We may require that you agree to additional content-specific usage terms to access some PSN Services ("Usage Terms"). By accessing those PSN Services, you agree that the Usage Terms become part of this agreement and govern your use of those PSN Services.

You may also be able to access content and use products and services of unaffiliated third parties, which we refer to as "Third Party Services". The third parties offering those products and services may require that you accept additional terms and policies to access those products and services. The applicable terms of this agreement, the Usage Terms, and the additional terms and policies provided by third parties will govern your use of Third Party Services. If those terms conflict with this agreement, this agreement will control.

If you are a parent or legal guardian, and where available, you may also create Accounts that are linked to your Account for your children. If you are accepting these terms as a parent or legal guardian, you represent that you are the parent or legal guardian, you affirm that you accept this agreement and the SIE LLC Privacy Policy on behalf of your child, and you accept all legal and financial responsibility and liability for their actions and compliance with these terms.

Depending on the system you use, Accounts for family members may have different descriptions and features available. Please carefully review the information provided when you create or manage Accounts for your children as a parent or guardian. Your child must meet certain age requirements when you create an Account for him or her that is linked to your Account as a child family member or as a subordinated Account. More information about creating and managing Accounts for child family members on PSN is available at www.playstation.com/support.

We reserve the right to deny the creation of any Account in our discretion. All information provided during Account registration must be truthful and accurate. We reserve the right to cancel any Account that uses, or that was created using, untruthful or inaccurate information or that was created for a primary purpose that violates this agreement's terms. Termination of your Account may result in the termination of associated or subordinated Accounts of your child family members and data or purchases associated with those Accounts.

All users should safeguard their Account sign-in ID and password. Do not share your sign-in ID and password with others, and take steps to prevent access to your Account by other persons on any shared devices. We have no liability for any unauthorized usage of any Account.

**PARENTAL CONTROLS**

As the parent or legal guardian, you are responsible for monitoring your child's access to or use of PSN Services, as well as any communications made or received by your child on or through PSN Services. You are also responsible for the use of your Account by your children or others.

Some content may be objectionable or age-inappropriate for some users. Please consider what is appropriate for your child and check any content ratings and descriptions where available, before you access, download or purchase access to any items or permit your child to do so. You may also be able to restrict your child's access to game and video content by using restrict-content settings, if the content is rated. However, not all content is rated and parental controls may not apply to content that is not rated. In some cases, third parties provide the content ratings or descriptions for items, and we cannot guarantee the accuracy or completeness of that information. You may also be able to set other restrictions for your child's Account, including control of communication features and online accessibility. Parental control features and restriction settings differ based on the system or device you use, and are subject to availability including based on the country in which your Account is registered.

Some content that you access on your system or device may be accessible by all users of that system or device, and parental controls on those systems or devices may not apply to certain types of content.

More information about parental controls is available through your Account settings pages and in our online user guides. Please visit [www.playstation.com/support/manuals/](www.playstation.com/support/manuals/) for further information.

## COMMUNITY CODE OF CONDUCT

All users are expected to follow a reasonable, common-sense code of conduct when using PSN Services. Users are required to take into consideration community standards and refrain from abusive or deceptive conduct, cheating, hacking, or other misuse of PSN Services. Rights of other users should be respected.

You must also adhere to the following rules of conduct when using PSN Services or your Account:

- You may not manipulate or inflate usage of PSN Services.

- You may not engage in deceptive or misleading practices.

- You may not abuse or harass others, including stalking behavior.

- You may not take any action, or upload, post, stream, or transmit any content, language, images or sounds in any forum, communication, public profile, or other publicly viewable areas or in the creation of any Online ID that SIE LLC or its affiliates find, in their sole discretion, offensive, hateful, or vulgar. This includes any content or communication that SIE LLC or its affiliates deem racially, ethnically, religiously or sexually offensive, libelous, defaming, threatening, bullying or akin to stalking.

- You may not organize hate groups.

- You may not upload, post, stream, or transmit any content that contains any viruses, worms, spyware, time bombs, or other computer programs that may damage, interfere with, or disrupt PSN Services.

- You may not use, make, or distribute unauthorized software or hardware, including Non-Licensed Peripherals and cheat code software or devices that circumvent any security features or limitations included on any software or devices, in conjunction with PSN Services, or take or use any data from PSN Services to design, develop or update unauthorized software or hardware.

- You may not modify or attempt to modify the online client, disc, save file, server, client-server communication, or other parts of any game title, or content.

- You may not cause disruption to or modify or damage any Account, system, hardware, software, or network connected to or provided by PSN Services for any reason, including for the purpose of gaining an unfair advantage in a game.

- You may not attempt to hack or reverse engineer any code or equipment used in connection with PSN Services.

- You may not take any action that SIE LLC or its affiliates consider to be disruptive to the normal flow of chat or gameplay, including uploading, posting, streaming, or transmitting any unsolicited or unauthorized material, including junk mail, spam, excessive mail or chain letters.

- You may not introduce content that is commercial in nature such as advertisements, solicitations, promotions and links to web sites.

- You may not introduce content that could be harmful to SIE LLC or its affiliates or their licensors, or players, such as any code or virus that may damage, alter or change any property or interfere with the use of property or PSN Services.

- You may not upload, post, stream, access, or transmit any content that you know or should have known to be infringing, or that violates, any third party rights, any law or regulation, or contractual or fiduciary obligations.

- You may not impersonate any person, including an SIE LLC, its affiliates', or third-party employee.

- You may not provide SIE LLC, its affiliates or any third-party company with false or inaccurate information, including reporting false complaints to our or our affiliates' consumer services or providing false or inaccurate information during Account registration.

- You may not sell, buy, trade, or transfer your Online ID, Account or any personal access to PSN Services through any means or method, including by use of web sites.

- You may not cheat, exploit or use any bugs, glitches, vulnerabilities or unintentional game mechanics in PSN Services or any of its products or services to obtain an unfair advantage.

- You may not conduct any activities that violate any local, state or federal laws, including copyright or trademark infringement, defamation, invasion of privacy, identity theft, hacking,

4

stalking, fraud, stealing or using without purchasing, where payment is required, any content or service and distributing counterfeit software or Accounts.

We are not responsible for monitoring or recording any activity on PSN Services, including communications, although we reserve the right to do so. We reserve the right to remove any content and communication from PSN Services at our sole discretion without notice and to terminate any Account through which violations of the Community Code of Conduct occur. We may also take steps on behalf of its device platform partners to disable permanently or temporarily any device on which you receive PSN Services and through use of which you violate the Community Code of Conduct. We have no liability for any violation of this agreement by you or by any other PSN Service user.

**WALLET**

Your Account has an associated wallet, and all purchases made on PSN Services, including purchases funded from an outside payment source (e.g., a credit card or PayPal account) at the time of the purchase, are made through the wallet. Your children's Accounts that are associated with your Account do not have a separate wallet, and all purchases made by them will be made through your wallet. Wallet funds have no value outside PSN and can only be used to make purchases through PSN Services and certain Third Party Services. You can only hold a certain maximum amount of funds in your wallet as determined by us ("Limit"), using either (i) a credit or debit card; (ii) a prepaid card or promotional code with a specified value where available; or (iii) other payment methods approved by us and made available from time to time in each specific country. **FUNDS ADDED TO THE WALLET ARE NON-REFUNDABLE AND NON-TRANSFERABLE EXCEPT WHERE THE LAW REQUIRES THAT WE TAKE THOSE ACTIONS. WE HAVE NO OBLIGATION TO REVERSE OR REFUND UNAUTHORIZED CHARGES MADE USING ANY PAYMENT METHOD TO FUND THE WALLET. WALLET FUNDS THAT ARE DEEMED ABANDONED OR UNUSED BY LAW WILL NOT BE RETURNED OR RESTORED.**

**PREPAID CARDS AND PRODUCT CODES**

SIE LLC or its affiliates may provide prepaid cards that allow users to redeem content on PSN Services or fund the wallet. The value of a prepaid card contributes to the Limit. If you acquire a prepaid card that has a value that, when added to the wallet's existing balance, exceeds the Limit, you will not be able to apply the value of the prepaid card to the wallet until sufficient funds have been spent from the wallet to allow the sum of the full value of the prepaid card and wallet to be equal to or less than the Limit. Except as SIE LLC permits, your wallet will only accept prepaid cards with currency value from the same country as the one designated for your Account.

SIE LLC, its affiliates or third parties may provide product codes that can be used to access content, including promotional content. Product codes may not be available in all countries or to all users, and age restrictions may apply. Some product codes must be used before a specified expiration

date and in accordance with specified terms. Unless otherwise stated, product codes may be used once only by the recipient and may not be transferred or sold to any other person.

SIE LLC is not responsible or liable for any claims relating to prepaid cards or product codes, including any problems or defects relating to those cards or codes. Your use of the prepaid card is subject to this agreement's terms. Additional terms may accompany the prepaid card or the product code.

**TRANSACTIONS**

All transactions made through your Account or an associated Account of your child are solely between you and SIE LLC. By completing a transaction through your Account or allowing a transaction to take place through an associated Account of your child, you are (i) agreeing to pay for all transactions made by you or your children, including recurring charges for subscriptions that are not cancelled; (ii) authorizing SIE LLC to deduct from the wallet and charge your credit card or other applicable payment instrument or payment mechanism all fees due and payable for all your transactions; and (iii) agreeing to any applicable Usage Terms and terms associated with use of the particular PSN Service. All transactions may be deemed to be governed by law and regulatory requirements applicable at the time the transaction was completed.

**Cancellations and Refunds.** All transactions are final upon their completion and all purchases are non-refundable except as stated in this agreement or the then-current PlayStation Store Cancellation Policy at https://www.playstation.com/legal/cancellation-policy, or as otherwise required by law.

**Pre-orders and Bundles**. You may have the option to order a license for certain content in the form of bundles (such as seasons of television series) or a pre-order. We reserve the right to deduct funds from your wallet for any pre-order or bundle order at the time you order the content, but some or all of the content may not be available until it is released for license via the PSN Services. You may cancel a pre-order and request a refund to your PSN wallet in accordance with the PlayStation Store Cancellation Policy located at https://www.playstation.com/legal/cancellation-policy.

**Safeguarding Credit Card Transactions**. On some devices, you may have the option to select a password or PIN to protect your credit card information at the time you complete a transaction. After selecting this option, you must enter your password or PIN to complete any future transactions with your credit card. Users should enable this function and safeguard their password or PIN to prevent others who may use the same device from being able to make purchases or access your credit card information.

**Fees and Other Charges**. We reserve the right to deduct from the wallet all bank fees related to any transactions or failed transactions (e.g., chargebacks from your bank or credit card provider) initiated by you or your children, including domestic and international transaction fees. We

reserve the right to terminate your Account and any associated Accounts of your children for failure to complete transaction payments. In lieu of termination of your Account, we may elect to provide a mechanism by which you fund the wallet associated with your Account to prevent your Account (and any associated Accounts of your children) from being terminated.

**Prices**. We reserve the right to change or withdraw features, specifications, prices, services and content at any time, without notice to you. **THE PRICE APPLICABLE TO YOUR TRANSACTION WILL BE THE PRICE THAT WAS IN EFFECT AT THE TIME OF THE TRANSACTION. IF THE PRICE LATER DROPS FOR ANY CONTENT OR SERVICES YOU PURCHASED, OR IF WE OFFER SUBSEQUENT PROMOTIONAL PRICING OR CHANGES TO THE PRODUCT OFFERING, YOUR TRANSACTION WILL REMAIN NON-REDUNDABLE UNLESS IT OTHERWISE QUALIFIES FOR A REFUND UNDER THE"CANCELLATIONS AND REFUNDS" SECTION ABOVE.** Special product, prices and promotions are no longer valid once they are changed or removed. Prices listed do not include sales tax. Applicable sales tax will be calculated and added at the time you complete a transaction. In certain jurisdictions, local laws require that prices include all applicable taxes, in which case this will be indicated at the time of the transaction. Errors in listed prices, product descriptions, and associated terms may occur. If we discover an error in the price of items you have ordered, we will contact you. You will have the option of either reconfirming your order at the correct price or canceling it. If we are unable to contact you, your order will be cancelled.

**Transaction Records**. You may make transactions only with a designated Sony regional company that is determined by your country/area of residence. Your country/area of residence may be verified by your credit or debit card number and may be rejected if the information does not match. Please retain any transaction related communications we may send to you. Your transaction history is also available in your Account management areas.

**Access to Purchased Items**. Upon our confirmation of your transaction, you may access the item you ordered through the Account that you used to order the item, according to the applicable Usage Terms or other terms associated with that item. We encourage you to download (if permitted) or access the item immediately after completing your transaction. You bear all risk of loss for accessing the content, including completing the download of any content, maintaining a continuous Internet connection with sufficient speed, ensuring that you have the necessary capabilities to view the content, including content format compatibility, and for any loss of content you have downloaded, including any loss due to a file corruption or hard drive crash. You are solely responsible if you do not choose to download or access the content before it is removed or your license expires, and for ongoing storage and safekeeping of the content. We are not obligated to provide you with replacement copies for any reason.

**Minimum Fees**. If you do not have sufficient funds in your wallet to complete a transaction and you have previously entered your credit card information or another payment instrument or payment mechanism, we may automatically charge your credit card or the other applicable payment instrument or payment mechanism. Additional procedures apply to subscription purchases. Please read "SUBSCRIPTIONS & FREE TRIALS" section for details.

**LICENSE RESTRICTIONS AND CONDITIONS**

Except as stated in this agreement, all content and software provided through PSN Services are licensed non-exclusively and revocably to you for your personal, private, non-transferable, non-commercial, limited use on a limited number of devices in the country in which your Account is registered. All intellectual property rights subsisting in PSN Services, including all software, data, and content subsisting in or used in connection with PSN Services, the Online ID and access to content and hardware used in connection with PSN Services (collectively defined as "Property"), belong to SIE LLC, its affiliates and its licensors. This license and all use or access to Property is expressly conditioned on your compliance with this agreement's terms, applicable Usage Terms, other applicable agreements, if any, and all applicable copyright and intellectual property rights laws.

Access to content is not transferable except as expressly allowed. Before your complete a transaction, please read carefully the description of the content or service you are licensing, and any specific terms of use associated with that content or service. Particular content or services may be subject to additional restrictions, which are in the sole discretion of SIE LLC, its affiliates or its licensors and are subject to change at any time.

Your compliance with all of the following are express conditions of your license to use or access the Property.

- You may not sell, rent, lease, loan, sublicense, modify, adapt, arrange, translate, reverse engineer, decompile, or disassemble any portion of the Property.

- You may not reproduce or transfer any portion of the Property, or use the Property for purposes of resale, public performance, display, distribution or broadcast, except as stated in this agreement or as expressly permitted by us.

- You may not create any derivative works, attempt to create the source code from the object code, or download or use any Property for any purpose other than as expressly permitted.

- You may not bypass, disable, or circumvent any encryption, security, digital rights management or authentication mechanism in connection with PSN Services, or any of the content or services offered through PSN Services.

- PSN Services and content or services provided through PSN Services may contain security or technical features that will prevent use of content or services in violation of this agreement, and you will not circumvent these features without a legal right to do so.

Except as this agreement expressly grants, SIE LLC, its affiliates and its licensors reserve all rights, interests, and remedies in connection with PSN Services and the Property. Upon termination of this agreement, your Account, or license to any Property, you will immediately cease use of the Property and delete or destroy copies of the Property.

Use of the terms "own," "ownership", "purchase," "sale," "sold," "sell," "rent" or "buy" on or in connection with PSN Services does not mean or imply any transfer of ownership of any content, data or software or any intellectual property rights from SIE LLC, its affiliates or its licensors to any user or third party. All other company, product, and service names and logos referenced on PSN Services are the marks, trade names, trademarks, servicemarks, and registered trademarks or servicemarks ("Marks") of their respective owners. You may not use or reproduce any Marks without the owner's express written consent. You may not remove any proprietary notices or labels from any content.

Some games and apps on PSN Services may allow you to earn virtual currency, goods, or effects such as coins, points, tokens, gold, gems, weapons, vehicles, buffs, power-ups, trophies, rewards, or badges (collectively "Virtual Items"). You may also be able to purchase some Virtual Items with real money; those Virtual Items may only be purchased using funds in your wallet, either in-game or in-app, or directly from PlayStation Store, and any attempt to obtain Virtual Items outside of the game, the app, or PlayStation Store is prohibited. Virtual Items are licensed, not sold. You are granted a limited, revocable, non-exclusive license to use the Virtual Item for personal, non-commercial entertainment purposes. Upon receipt of any Virtual Item, the transaction is complete and non-refundable. SIE LLC, its affiliates or a third party may modify, regulate or remove Virtual Items without notice. Virtual Items have no value or application outside of the game or PlayStation Store, and may not be sold, transferred or redeemed for real money or items of value. You do not have an ownership or property interest in the Virtual Items, and you are not entitled to any refund, benefit, or other compensation for the loss of any Virtual Items. You agree not to make available any cheats, technological measures, or other methods designed to enable or encourage any collection, selling, or trading of Virtual Items. You may not create or participate in any exploitation of price differences of Virtual Items by any means (for example, between real money currency prices) .

**ACCESS TO CONTENT AND PROPERTY ON PSN SERVICES**

You may access Property and view content only on Authorized Devices. "Authorized Devices" means your systems and devices that have been activated for use with your Account in relation to PSN Services. Authorized Devices and availability of systems and devices for select PSN Services are subject to change. Please refer to www.playstation.com/support and the online user guides at www.playstation.com/support/manuals/ for more information about Authorized Devices and activation of your Account on your Authorized Devices.

Some Authorized Devices may be set to download content automatically from PSN Services without notice to you if you sign into PSN Services. This content may include featured content that we believe will be of interest to you such as game demos or content offered to you on a trial basis. Content delivered in this manner is subject to this agreement's terms. You can change your device settings so that it does not download content automatically by setting the automatic download option to "OFF".

**VIDEO CONTENT**

Subject to this agreement's terms, applicable Usage Terms, and any additional applicable terms that are made available to you, we license digital content, including recordings or live streams of sport, music concerts and other entertainment events, television shows and movies, all of which we refer to as "Video Content". Video Content is made available to Account holders in select territories for your personal, private, non-commercial viewing in your authorized territory, using a limited number of Authorized Devices during an authorized viewing period ("Authorized Term"). Payments for Video Content are made through the wallet associated with your Account. Availability of Video Content is subject to change at any time without notice to you.

You may have the option to order Video Content in 4K UHD, 3D, high definition and standard definition formats. Delivery of and your access to Video Content are dependent on variables not under our control, including the speed and availability of your broadband or network connection, compatibility between the format of the Video Content and the Authorized Device you use to access that Video Content, availability of Video Content from our third-party licensors, and any applicable restrictions that may be imposed on the Video Content from our third-party licensors. You may experience delays or technical difficulties caused by or related to these variables. You may also not be able to view Video Content in the format that you have ordered due to these variables. **YOU WILL NOT RECEIVE A REFUND OR CREDIT FOR ANY DOWNLOADED OR STREAMED CONTENT THAT YOU ARE NOT ABLE TO VIEW OR HAVE DIFFICULTY VIEWING DUE TO THESE UNCONTROLLABLE VARIABLES, UNLESS THE CONTENT IS FAULTY OR UNLESS THE LAW REQUIRES OTHERWISE.** You should only order Video Content that is suitable for your viewing capabilities. You bear all responsibility for ensuring that you have the capabilities to view Video Content in the appropriate format, or at all. Please carefully review any Usage Terms and descriptions of Video Content made available to you before making any purchase. Output of Video Content in certain formats may require additional equipment that is sold separately.

Proper activation of an Authorized Device by the Account that ordered the Video Content is required for all downloads, transfers, copies and viewings. Video Content is connected to the Account used to order that content and cannot be transferred from one Account to another. Each Account can activate no more than the maximum number of Authorized Devices, and each Authorized Device can only be activated for a limited number of Accounts.

Some content such as movie trailers may not be representative of the actual feature presentation. Digitalized versions of some content may not be identical with the original formatted content or previously released versions of the same titled content.

Video Content may be made available to you as a live or near-live stream ("Live Stream Content"), as a licensed copy for rental for a limited duration ("Licensed Rental Content"), a licensed copy for an indefinite duration ("Other Licensed Content") or as a licensed stream supported by advertising or promotional materials that may be for a limited duration ("Ad Supported Content"). Video Content is subject to digital rights management rules, and are subject to other restrictions and

limitations depending on the type of Video Content or the Authorized Device you use to access Video Content. Some of these restrictions are described below. More information about these restrictions and limitations, and accessing Video Content is available at www.playstation.com/support.

Except for rights explicitly granted to you, all rights in the Video Content are reserved by SIE LLC, its affiliates and its licensors. Video Content may be delivered to you by third-party licensors, and your access to Video Content may also be subject to, and you agree to comply with, terms of those third parties.

**Live Stream Content.** Live Stream Content comprises live or near-live transmissions of Live Events and may be viewed at the time of, and simultaneously with the occurrence of the Live Events themselves, and may also be available for an extended period past the occurrence of the applicable Live Event. When you access Live Stream Content, you may not be able to view any part of the Live Stream Content that occurred prior to the start of your viewing. We have no control over the start and finish time of a Live Event; the duration of a Live Event; the content of a Live Event (including the availability, quality or suitability of the content or that it complies with applicable law); or that the Live Stream Content be delivered uninterrupted, error-free and without fault or delay.

**Ad Supported Content**. Ad Supported Content is Video Content that contains or is displayed with advertising, marketing or other promotional materials (together, the "Promotional Materials"). Ad Supported Content may be limited such that it is accessible by only one Authorized Device at any one time. Promotional Materials may be displayed in or around Ad Supported Content by any means selected by us or its Ad Supported Content Partners (defined below). You acknowledge that Ad Supported Content may include, comprise or be displayed with Promotional Materials that may delay or interrupt its playback. We may prevent you from skipping or manipulating the display of Promotional Materials, and, if so, you may not to attempt to access Ad Supported Content in any manner not prescribed by us. We do not endorse any third-party advertisement or promotional material (including the Promotional Materials) associated with Ad Supported Content in any manner and gives no warranty or other assurance in relation to any products or services featured in these advertisements and promotional materials.

Certain Ad Supported Content may be hosted or delivered to you by or through third-party licensors, providers or partners ("Ad Supported Content Partners"). We have no control over the content hosted or delivered by the Ad Supported Content Partners (including all associated Promotional Materials, corresponding meta-data, artwork and other peripheral materials). We cannot guarantee that their content will be complete and accurate, comply with applicable laws, correspond to its description, be suitable or appropriate for a particular age group, or be delivered uninterrupted, error-free and without fault or delay.

**Licensed Rental Content.** Licensed Rental Content is subject to restrictions regarding when playback can be initiated post purchase, and once initiated, the time period during which Licensed

Rental Content can be accessed ("Rental Terms"). Licensed Rental Content can only be viewed within the time periods specified in the Rental Terms. The Rental Terms differ based on the type of Licensed Rental Content and the Authorized Device you use to access the Licensed Rental Content. Please review carefully any product descriptions, the Rental Terms, and any applicable Usage Terms made available for each Licensed Rental Content prior to finalizing your rental payment.

You may select the Authorized Device on which you want to view your Licensed Rental Content, but you may view it on only one Authorized Device at a time, and in some cases on a limited number of Authorized Devices. Licensed Rental Content is also subject to restrictions regarding transferability between Authorized Devices.

Your ability to download or stream Licensed Rental Content depends on many factors, including the type of Authorized Device you use, the format of the Licensed Rental Content, and applicable restrictions on the Licensed Rental Content. Once playback of Licensed Rental Content in a particular format has started on an Authorized Device, you may not be able to view that content using any other Authorized Device without a separate license payment.

**Other Licensed Content**. Other Licensed Content may be downloaded or streamed to Authorized Devices. For Other Licensed Content that is downloaded, you may be able to view that content for an unlimited number of times on certain Authorized Devices only. For Other Licensed Content that is streamed, you may be prohibited from streaming multiple titles of Other Licensed Content or multiple streams of a single title of Other Licensed Content from your Account at any one time. After ordering Other Licensed Content, we encourage you to immediately download the content, where supported, on all Authorized Devices on which you may want to later view it. In some cases, Other Licensed Content may not be available for subsequent copying or downloading to additional Authorized Devices. Access to Other Licensed Content that has been purchased may also be subject to compatibility between the Authorized Device and the video format of the Other Licensed Content, continued availability to the Other Licensed Content from our third-party licensors, and other applicable restrictions.

**PLAYSTATION™NOW CONTENT**

Subject to this agreement's terms, Usage Terms, and any additional applicable terms for the particular content, we offer interactive entertainment and gaming content through PlayStation Now ("PlayStation Now Content") to Account holders in select territories for your personal, private, non-commercial use on PlayStation®4 systems and other select systems and devices authorized for PlayStation Now ("PlayStation Now Devices"). PlayStation Now Devices, availability of PlayStation Now Content, and the features available on PlayStation Now are subject to change or revisions at any time without notice.

PlayStation Now Content is offered on a subscription transaction basis. Continued access to any PlayStation Now Content requires a valid PlayStation Now subscription. Subscription payments are

made through the wallet associated with your Account. Additional purchases may be required to access certain features in PlayStation Now.

PlayStation Now Content may be available for either streaming over the Internet to select PlayStation Now Devices, or for download and local play on select PlayStation Now Devices. To play games downloaded from PlayStation Now offline, you must connect to the internet once a week to validate your PlayStation Now membership. If your PlayStation Now subscription lapses, you will not be able to use add-ons for downloaded games, unless and until you renew your PlayStation Now subscription or purchase the same game from the PlayStation Store. A valid PlayStation Plus membership is required to transfer saved game data between streaming and downloaded games.

Depending on how PlayStation Now Content is accessed, availability of features and quality may differ. Other limitations may also apply, including restrictions on number of PlayStation Now Devices that may access PlayStation Now Content. PlayStation Now seeks to detect which PlayStation Now Device is receiving PlayStation Now Content and you may not be able to access or use PlayStation Now Content on some of your PlayStation Now Devices if you are using PlayStation Now Content on another one of your PlayStation Now Devices. PlayStation Now Content may not provide the same features or be identical to the original formatted content or other versions of the same-titled content.

Availability of PlayStation Now and its features, and the delivery and use of PlayStation Now Content are dependent on variables not under our control, including the speed and availability of your broadband connection, your geographic location, and the availability of PlayStation Now servers. You may experience delays or technical difficulties caused by or related to these variables. Your use of PlayStation Now Content may be interrupted if you do not register, provide certain information about your PlayStation Now Device, or your PlayStation Now Device does not remain continuously connected online to the Internet. We cannot guarantee that your use of PlayStation Now will be uninterrupted, error-free or without fault or delay.

Some of PlayStation Now's features may require you to install and operate additional applications on your PlayStation Now Device. Availability of features on those applications may differ, and may be subject to additional terms and limitations. Failure to properly install and operate these applications will prevent you from using those features of PlayStation Now that rely upon these applications.

Except for rights explicitly granted to you, all rights in the PlayStation Now Content are reserved by SIE LLC, its affiliates and its licensors.

TO THE EXTENT PERMITTED BY LAW, YOU WILL NOT RECEIVE A REFUND OR CREDIT FOR ANY PLAYSTATION NOW CONTENT THAT YOU ARE NOT ABLE TO USE OR HAVE DIFFICULTY USING.

**SUBSCRIPTIONS & FREE TRIALS**

**Subscriptions:** We may offer you the opportunity to purchase subscriptions that provide access to particular content, products or services for a specified period of time. The cost of each subscription will automatically be deducted from your wallet at the beginning of each subscription term without further notice to you. Subscriptions renew automatically unless you cancel the subscription. Cancellation will take effect at the beginning of the next subscription term. You can view your subscription renewal dates in your Account settings. Subscription terms may change due to changes in your subscription membership.

You may purchase subscriptions for your children's Accounts that are associated with your Account, subject to your acceptance of the terms of the applicable subscription. You may not share your subscription with other Accounts, including those Accounts of your children. However, some content and features that are made available for certain subscriptions may be accessible by other users of the Authorized Device of a subscriber or an Authorized Device where a subscriber is logged in.

As each product offering will have terms that vary, please review each product description, cost and subscription term carefully before order, payment or download. As with all orders, please print and retain a copy of your email receipt for your reference.

If you do not have sufficient funds in your wallet to cover the cost of your subscription at the time the subscription is renewed, the subscription will be cancelled unless you have the automatic funding feature on your Account set to "ON." If the automatic funding feature on your Account is set to "ON," your credit card or other applicable payment instrument or mechanism may be charged automatically the greater of the subscription cost or the Minimum Fee. Every time a new subscription is purchased, ordered, or downloaded, the automatic funding feature in your Account is set automatically to "ON." You may change this setting to "OFF" at any time. However, the setting will return to "ON" upon subsequent purchase, order or download of any subscription, so setting your automatic funding feature to "OFF" may not effectively cancel your subscription. If you no longer wish to receive your subscription, you must cancel your subscription.

**EXCEPT AS SET FORTH IN THE PLAYSTATION STORE CANCELLATION POLICY (HTTPS://WWW.PLAYSTATION.COM/LEGAL/CANCELLATION-POLICY/), UPON CANCELLATION OF YOUR SUBSCRIPTION OR TERMINATION OF YOUR (OR YOUR ASSOCIATED) ACCOUNTS, YOU WILL NOT RECEIVE A REFUND OR CREDIT FOR ANY SUBSCRIPTIONS FOR WHICH YOU HAVE PAID**. Further, you will not be able to access content or services provided with your subscription except as permitted by us. Content that you downloaded onto a device and that was provided to you through a subscription at no additional cost beyond the subscription price may not be accessible. Game play information, including trophies earned during a trial offer, promotional period or subscription term may not be available.

Further information about managing your subscriptions is available at www.playstation.com/support.

**Free Trials**: We may also offer a free trial period with some subscriptions. For some trial offers, if you do not cancel your subscription before expiration of a trial period, your wallet may automatically be charged the cost of the subscription at the beginning of each subscription term without further notice to you. To avoid being charged, you must cancel your subscription prior to expiration. Please review all terms carefully before you accept any offer or promotion.

**MAINTENANCE AND UPGRADES**

From time to time, it may become necessary to provide certain content to you to ensure that PSN Services and content offered through PSN Services or your Authorized Devices are functioning properly. Some content may be provided automatically without notice when you sign in. This content may include automatic updates or upgrades that may change your current operating system, cause a loss of data or content or cause a loss of functionalities or utilities. Upgrades or updates may be provided for system software for your PlayStation®4 system, PlayStation®3 system, the PSP® system, PlayStation®Vita system, 4K Ultra HD Media Player system or other Authorized Devices. Access or use to any system software is subject to terms of a separate end user license agreement. You authorize us to provide this content, updates and upgrades, and you acknowledge that we are not liable for any damages, loss of data or loss of functionalities arising from our delivery of these content, updates, upgrades and maintenance services. It is recommended that you regularly back up any archivable data.

**USER MATERIAL AND INFORMATION**

We may provide functionality allowing you to share information relating to your participation in PSN Services, including your name, sign-in ID, Online ID, profile, pictures, friends list, communications and interactions (including by voice), activities, and information on your gameplay, purchases made and content viewed (collectively, "Information"), and to recommend your favorite content or services to your friends via PSN Services. Only share your Information and send recommendations to friends who you know want to receive them and whose age is appropriate for the content or services you are recommending. If you are sharing the personal information of others, you may only do so with their consent. You may have an opportunity to share or permit us to share your Information relating to your participation in PSN Services via Third Party Services. If you choose to do so, use or distribution of your Information on any third party website or service may be subject solely to that third party's terms of service and privacy policy. Before electing to share your Information, please be aware of the kinds of Information you will be sharing and review the third party's terms of service and privacy policy. You hereby authorize us to use, distribute, copy, display, and publish your Information, without payment to you.

You may have the option to create, post, stream or transmit content such as pictures, photographs, game related materials, or other information ("User Material") through PSN to share with others on PSN or select Third Party Services, provided no rights of others are violated. To the extent you are able, you authorize and license SIE LLC a royalty free and perpetual right to use, distribute, copy, modify, display, and publish your User Material for any reason without any

15

restrictions or payments to you or any third parties. You further authorize SIE LLC to sublicense its rights to any third party, including its affiliates. You hereby waive, to the extent permitted by applicable law, all claims, including any moral or patrimonial rights, against SIE LLC, and its affiliates for SIE LLC's, its affiliates, or any third party's use of User Material. By creating, posting, streaming, or transmitting any User Material, you represent and warrant that you have the appropriate rights to use, create, post, distribute, and transmit User Material and to grant the foregoing license. You will cooperate in resolving any dispute that may arise from your Information or User Material.

We reserve the right to remove any Information or User Material in our discretion.

Some games played on or provided through PSN Services may have features that allow your Information, including game play and related gaming information to be recorded by a user and distributed to any third party publicly, including users outside of PSN Services. You agree that any third party may record, use and distribute your information for any reason without any restrictions or compensation to you. Additional terms may apply, including the terms of any game publisher or service provider. Please review all terms carefully. If you do not want your information to be used, recorded or distributed, please do not play the game online through PSN Services.

When using PSN Services, you may be provided with information about SIE LLC's or a third party's products or services. This information includes promotions, advertisements, product placements or marketing materials within PSN Services or a game, irrespective of whether the game is connected with or provided through PSN Services. We do not endorse any of the third party products or services advertised, promoted or marketed.

**TERMINATION / CANCELLATION**

If we determine that you or your associated children's Accounts have violated any term of this agreement, any aspect of the Community Code of Conduct, the Usage Terms, or any other terms connected with PSN Services or have injured or damaged the PSN Services community, we may take actions to protect our interests, including termination or suspension of your Account or associated Accounts of your children, automatic removal or blockage of content, implementation of upgrades or devices intended to discontinue unauthorized use, permanent or temporary disablement of any system or device through which you receive PSN Services or reliance on any other remedial efforts as necessary to remedy the violation. If the violation is in connection with content that was accessed, use of that content must immediately cease and all copies must be deleted from all of your devices. **UPON TERMINATION OF YOUR ACCOUNT FOR ANY REASON, YOU WILL NOT RECEIVE A REFUND FOR ITEMS (INCLUDING SUBSCRIPTIONS, VIRTUAL ITEMS, AND PRE-PAID PRODUCTS OR SERVICES), VALUE ACCUMULATED ON IN-GAME ITEMS OR ANY UNUSED BALANCE IN YOUR WALLET, EXCEPT AS REQUIRED BY LAW OR AS EXPRESSLY PROVIDED IN THIS AGREEMENT.** After your Account is terminated, you will not be able to access PSN Services. Any game ranking or scores, Virtual Items, including virtual currency balances (whether earned or purchased), or scores or information in connection with PSN Services will not be retained or accessible. In some situations, we may suspend or terminate your Account, but

permit you to retain your child's associated Accounts. If you do not terminate your children's Accounts, you will be liable for all their acts. Parental control or restriction settings placed on your children's Accounts prior to the termination or suspension of your Account shall remain in place, and the children's Accounts will be permitted to use the remaining funds in your wallet subject to any limits that were put in place prior to termination of your Account. Additionally, you will not receive further correspondence from us about your children's Accounts, including purchases made on those Accounts.

We may indefinitely suspend, or discontinue online access to content or data associated with your participation in PSN Services at any time, including for service deprecations, maintenance services, or upgrades, without prior notice or liability. For any PSN Service that uses online servers, we make no commitment to continue to make those servers available. In addition, we reserve the right to delete player account data that we determine to have been dormant.

**BINDING INDIVIDUAL ARBITRATION**

**Purpose.** The term "Dispute" means any dispute, claim, or controversy between you and any of the Sony Entities regarding any PSN Services or the use of any devices sold by a Sony Entity to access PSN Services, whether based in contract, statute, regulation, ordinance, tort (including fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory, and includes the validity, enforceability or scope of this "BINDING INDIVIDUAL ARBITRATION" section (with the exception of the enforceability of the Class Action Waiver clause below). "Dispute" is to be given the broadest possible meaning that will be enforced. If you have a Dispute with any Sony Entity or any of a Sony Entity's officers, directors, employees and agents that cannot be resolved through negotiation within the time frame described in the "Notice of Dispute" clause below, you and the Sony Entity that you have a Dispute with agree to seek resolution of the Dispute only through arbitration of that Dispute in accordance with the terms of this section, and not litigate any Dispute in court, except for those matters listed in the Exclusions from Arbitration clause. Arbitration means that the Dispute will be resolved by a neutral arbitrator instead of in a court by a judge or jury.

**EXCLUSIONS FROM ARBITRATION. YOU AND THE SONY ENTITIES AGREE THAT ANY CLAIM FILED BY YOU OR BY A SONY ENTITY IN SMALL CLAIMS COURT ARE NOT SUBJECT TO THE ARBITRATION TERMS CONTAINED IN THIS SECTION.**

**RIGHT TO OPT OUT OF BINDING ARBITRATION AND CLASS ACTION WAIVER WITHIN 30 DAYS. IF YOU DO NOT WISH TO BE BOUND BY THE BINDING ARBITRATION AND CLASS ACTION WAIVER IN THIS SECTION, YOU MUST NOTIFY US IN WRITING WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THIS AGREEMENT UNLESS A LONGER PERIOD IS REQUIRED BY APPLICABLE LAW. YOUR WRITTEN NOTIFICATION MUST BE MAILED TO 6080 CENTER DRIVE, 10TH FLOOR, LOS ANGELES, CA 90045, ATTN: LEGAL DEPARTMENT/ARBITRATION AND MUST INCLUDE: (1) YOUR NAME, (2) YOUR ADDRESS, (3) YOUR PSN SERVICES ONLINE ID, IF YOU HAVE ONE, AND (4) A CLEAR**

**STATEMENT THAT YOU DO NOT WISH TO RESOLVE DISPUTES WITH ANY SONY ENTITY THROUGH ARBITRATION.**

**Notice of Dispute.** IF YOU HAVE A DISPUTE WITH ANY SONY ENTITY, YOU MUST SEND WRITTEN NOTICE TO 6080 CENTER DRIVE, 10TH FLOOR, LOS ANGELES, CA 90045, ATTN: LEGAL DEPARTMENT/ARBITRATION, ATTN: SONY LEGAL DEPARTMENT: DISPUTE RESOLUTION, TO GIVE THE SONY ENTITY YOU HAVE A DISPUTE WITH THE OPPORTUNITY TO RESOLVE THE DISPUTE INFORMALLY THROUGH NEGOTIATION. You agree to negotiate resolution of the Dispute in good faith for no less than 60 days after you provide notice of the Dispute. If the Sony Entity you have a Dispute with does not resolve your Dispute within 60 days from receipt of notice of the Dispute, you or the Sony Entity you have a Dispute with may pursue your claim in arbitration pursuant to the terms in this section.

**Class Action Waiver. ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION, UNLESS BOTH YOU AND THE SONY ENTITY WITH WHICH YOU HAVE A DISPUTE SPECIFICALLY AGREE TO DO SO IN WRITING FOLLOWING INITIATION OF THE ARBITRATION. THIS PROVISION DOES NOT PRECLUDE YOUR PARTICIPATION AS A MEMBER IN A CLASS ACTION FILED ON OR BEFORE AUGUST 20, 2011. THIS PROVISION IS NOT APPLICABLE TO THE EXTENT THIS WAIVER IS PROHIBITED BY LAW.**

**Initiation of Arbitration Proceeding/Selection of Arbitrator.** If you or the Sony Entity you have a Dispute with elect to resolve your Dispute through arbitration, the party initiating the arbitration proceeding may initiate it with the American Arbitration Association ("AAA"), www.adr.org, or JAMS www.jamsadr.com. The terms of this section govern in the event they conflict with the rules of the arbitration organization selected by the parties.

**Arbitration Procedures.** Because the software and/or service provided to you by the Sony Entity you have a Dispute with concern interstate commerce, the Federal Arbitration Act ("FAA") governs the arbitrability of all Disputes. However, applicable federal or state law may also apply to the substance of any Disputes. For claims of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes ("Supplementary Procedures") shall apply including the schedule of arbitration fees set forth in Section C-8 of the Supplementary Procedures; for claims over $75,000, the AAA's Commercial Arbitration Rules and relevant fee schedules for non-class action proceedings shall apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Further, if your claims do not exceed $75,000 and you provided notice to and negotiated in good faith with the Sony Entity you had a Dispute with as described above, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to recover reasonable attorneys' fees and costs as determined by the arbitrator, in addition to any rights to recover the same under controlling state or federal law afforded to the Sony Entity you have a Dispute with or you. The arbitrator will make any award in writing but need not provide a statement of reasons unless

requested by a party. The award will be binding and final, except for any right of appeal provided by the FAA, and may be entered in any court having jurisdiction over the parties for purposes of enforcement.

**Location of Arbitration.** You or the Sony Entity you have a Dispute with may initiate arbitration in either San Mateo County, California or the United States county in which you reside. In the event that you select the county of your United States residence, the Sony Entity you have a Dispute with may transfer the arbitration to San Mateo, County in the event that it agrees to pay any additional fees or costs you incur as a result of the change in location as determined by the arbitrator.

**Severability.** If any clause within this section (other than the Class Action Waiver clause above) is found to be illegal or unenforceable, that clause will be severed from this section, and the remainder of this section will be given full force and effect. If the Class Action Waiver clause is found to be illegal or unenforceable, this entire section will be unenforceable, and the Dispute will be decided by a court and you and the Sony Entity you have a dispute with each agree to waive in that instance, to the fullest extent allowed by law, any trial by jury.

**Continuation.** This section survives any termination of this agreement or the provision of PSN Services to you.

## GOVERNING LAW AND JURISDICTION

The laws of the State of California, without regard to conflict-of-law rules, govern this agreement and any dispute between you and the Sony Entities. Any dispute not subject to arbitration and not initiated in small claims court may be brought by either party in a court of competent jurisdiction in either the Superior Courts for the State of California in and for the County of San Mateo or in the United States District Court for the Northern District of California. Each party submits itself to the exclusive jurisdiction and venue of those courts, and waives all jurisdictional, venue and inconvenient forum objections to those courts. In any litigation to enforce any part of this agreement, all costs and fees, including attorney's fees, will be paid by the non-prevailing party.

## GENERAL LEGAL

We may modify the terms of this agreement at any time, including imposing a fee for creating Accounts or for any PSN Service. A printable copy of this agreement is available at [www.playstation.com/legal](http://www.playstation.com/legal). If material changes to this agreement are made, you will be notified by e-mail or other communication when you sign in to PSN Services. Your continued use of PSN Services, including use by your children on the associated Accounts, will signify your acceptance of those changes. If you do not accept material changes to the agreement, please do not use PSN Services, and contact customer service at the addresses located at the end of this agreement to terminate this agreement and your Accounts.

This agreement inures to the benefit of the parties, including any of our successors in interest. We have the right to assign our rights and obligations under this agreement to any affiliates or to any Sony Entity.

If any provision of this agreement is held illegal or unenforceable by a court of competent jurisdiction, that provision will be severed and the remainder of the agreement will remain in full force and effect.

**WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY**

No warranty is given about the quality, functionality, availability or performance of PSN Services, or any content or service offered on or through PSN Services. All services and content are provided "AS IS" and "AS AVAILABLE" with all faults. We may change, add or remove functionalities or features in our PSN Services, and we may suspend or stop our services altogether. We do not warrant that the service and content will be uninterrupted, error-free or without delays. In addition to the limitations of liability of this agreement, we expressly disclaim any implied warranty of merchantability, warranty of fitness for a particular purpose and warranty of non-infringement. We assume no liability for any inability to purchase, access, download or use any content, data or service. **YOUR SOLE AND EXCLUSIVE RECOURSE IN THE EVENT OF ANY DISSATISFACTION WITH OR DAMAGE ARISING FROM PSN SERVICES OR IN CONNECTION WITH THIS AGREEMENT AND OUR MAXIMUM LIABILITY UNDER THIS AGREEMENT OR WITH RESPECT TO YOUR USE OF OR ACCESS TO PSN SERVICES IS LIMITED TO YOUR DIRECT DAMAGES, NOT TO EXCEED THE UNUSED FUNDS IN YOUR WALLET AS OF THE DATE OF TERMINATION. EXCEPT AS STATED IN THE FOREGOING SENTENCE, WE EXCLUDE ALL LIABILITY FOR ANY LOSS OF DATA, DAMAGE CAUSED TO YOUR SOFTWARE OR HARDWARE, AND ANY OTHER LOSS OR DAMAGE SUFFERED BY YOU OR ANY THIRD PARTY, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL AND HOWEVER ARISING, AS A RESULT OF ACCESSING OR DOWNLOADING ANY CONTENT TO YOUR PLAYSTATION®4 COMPUTER ENTERTAINMENT SYSTEM, PLAYSTATION®3 COMPUTER ENTERTAINMENT SYSTEM, THE PSP SYSTEM, PLAYSTATION®VITA SYSTEM, 4K ULTRA HD MEDIA PLAYER SYSTEM, BRAVIA® TELEVISION, SONY BLU-RAY® DISC PLAYER OR ANY HARDWARE DEVICE, OR USING OR ACCESSING PSN SERVICES.** UNLESS THIS PROVISION IS UNENFORCEABLE IN YOUR JURISDICTION, THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE. You acknowledge that PSN Services may require an internet connection for which you are solely responsible. Further, you are solely responsible for payment of any third-party fees associated with your internet connection, including internet service provider or airtime charges. The provision, quality and security of internet connectivity are the sole responsibility of the third party providing your internet service. Authorized Devices are sold separately.

FOR FURTHER INFORMATION OR IF YOU HAVE QUESTIONS, PLEASE CONTACT SONY INTERACTIVE ENTERTAINMENT AMERICA CONSUMER SERVICES VIA OUR WEBSITE www.playstation.com/support, BY PHONE AT 800-345-7669 OR AT THE FOLLOWING

ADDRESS: SONY INTERACTIVE ENTERTAINMENT AMERICA CONSUMER SERVICES DEPARTMENT, 2207 BRIDGEPOINTE PARKWAY, SAN MATEO, CALIFORNIA, 94404, UNITED STATES OF AMERICA.

Additional contact information for us is available at www.playstation.com/legal

# EXHIBIT 3

# TERMS OF SERVICE AND USER AGREEMENT

Version 15 (March 19, 2013)

**PLEASE READ THIS ENTIRE AGREEMENT AND INDICATE WHETHER YOU AGREE TO ITS TERMS BY CLICKING THE "ACCEPT" OR "DO NOT ACCEPT" BUTTON AT THE END OF THE AGREEMENT. ACCESS TO THE SONY ENTERTAINMENT NETWORK ("SEN") INCLUDES ACCESS TO PLAYSTATION®NETWORK ("PSN"), PLAYSTATION MOBILE, THE MUSIC UNLIMITED SERVICE ("MUSIC UNLIMITED"), THE VIDEO UNLIMITED SERVICE ("VIDEO UNLIMITED"), OTHER PRODUCTS AND SERVICES OFFERED THROUGH SEN AND THEIR ASSOCIATED STORES AND VIRTUAL COMMUNITIES (COLLECTIVELY, "FIRST PARTY SERVICES"), AND CERTAIN SERVICES PROVIDED BY OUR AFFILIATES OR OTHER ENTITIES THAT WE OWN OR CONTROL (COLLECTIVELY, THE "SONY GROUP OF COMPANIES", AND INDIVIDUALLY A "SONY GROUP COMPANY") OR UNAFFILIATED THIRD PARTIES (COLLECTIVELY, "THIRD PARTY SERVICES"). THE APPLICABLE TERMS OF THIS AGREEMENT APPLY TO THIRD PARTY SERVICES, AS WELL AS ALL ADDITIONAL TERMS AND CONDITIONS PROVIDED BY THE COMPANY OFFERING THE THIRD PARTY SERVICE. ACCESS TO SEN IS EXPRESSLY CONDITIONED UPON ACCEPTANCE OF THE TERMS OF THIS AGREEMENT AND CREATION OF A SEN ACCOUNT. IF YOU CLICK THE "DO NOT ACCEPT" BUTTON, YOU WILL NOT BE ABLE TO REGISTER A SEN ACCOUNT AND WILL NOT BE ABLE TO ACCESS SEN. THIS AGREEMENT IS A LICENSE FOR LIMITED USE OF CONTENT AND SERVICES PROVIDED THROUGH SEN. IT IS A CONTRACT BETWEEN YOU AND SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC ("SNEI") AND CAN BE ACCEPTED ONLY BY AN ADULT OF LEGAL AGE OF MAJORITY IN THE COUNTRY IN WHICH YOUR SEN ACCOUNT IS REGISTERED.** If you are under the legal age of majority, your parent or legal guardian must consent to this Agreement and Privacy Policy. By clicking the "ACCEPT" button yourself, you affirm that you have reached the legal age of majority and accept this Agreement. You also affirm that you accept this Agreement on behalf of, and all legal and financial responsibility and liability for the actions of, your child and you hereby expressly ratify and confirm any acts of your child and all users of your subordinate accounts ("Sub Accounts").

**NOTE: THIS AGREEMENT CONTAINS A BINDING INDIVIDUAL ARBITRATION AND CLASS ACTION WAIVER PROVISION IN SECTION 17 THAT AFFECTS YOUR RIGHTS UNDER THIS AGREEMENT WITH RESPECT TO ANY "DISPUTE" (AS DEFINED BELOW) BETWEEN YOU AND SNEI, SONY COMPUTER ENTERTAINMENT INC., SONY COMPUTER ENTERTAINMENT AMERICA LLC, THEIR AFFILIATES, PARENTS OR SUBSIDIARIES (COLLECTIVELY, "SONY ENTITIES"). YOU HAVE A RIGHT TO OPT OUT OF THE BINDING ARBITRATION AND CLASS ACTION WAIVER PROVISIONS AS DESCRIBED IN SECTION 17.**

By accepting this Agreement, you agree to its terms and to abide by all SEN First Party Services policies. You agree that you will not directly or indirectly use SEN First Party Services (i) in any way for any commercial purpose, (ii) in any way that violates the law or the Community Code of Conduct, or (iii) in any way that harms or has the potential to harm SNEI, its affiliates, including its parent company, its subsidiaries, licensors, providers or partners or fellow SEN First Party Service users. You agree that you will not use any unauthorized hardware, including peripherals not sold, licensed or certified by a Sony company such as non-licensed game enhancement devices, controllers, adaptors and power supply devices (collectively, "Non-Licensed Peripherals") or unauthorized software to access or use SEN First Party Services or any content or service provided on or through SEN First Party Services.

## 1.   ACCOUNT REGISTRATION

To access First Party Services, you must create a SEN Account. You may view content on certain Authorized Devices depending on the First Party Services you are using. "Authorized Devices" means your Authorized Download Devices and your Authorized Streaming Devices in relation to First Party Services. "Authorized Download Devices" means activated PlayStation®3 computer entertainment systems, PSP® (PlayStation®Portable) systems, PlayStation®Vita systems, select personal computers, select mobile telephones, select tablets and other authorized download devices in relation to First Party Services. "Authorized Streaming Devices" means activated select televisions, select Blu-ray® Disc players, PlayStation®3 computer entertainment systems and other authorized devices in relation to First Party Services. Through Music Unlimited, you may access content on activated PlayStation®3 computer entertainment systems, PSP® (PlayStation®Portable) systems, PlayStation®Vita systems, select personal computers, select mobile telephones, select televisions, select Blu-ray Disc players, select tablets and other authorized devices ("Music Unlimited Devices"). Through Video Unlimited, you may access content on all Authorized Streaming Devices (except the PlayStation®3 computer entertainment system and PlayStation®Vita systems, for which video content is available through PSN) and select personal computers, select mobile telephones and select tablets that are Authorized Download Devices ("Video Unlimited Devices"). Through PSN, you may access content on activated PlayStation®3 computer entertainment systems, PSP® (PlayStation®Portable) and PlayStation®Vita systems if those systems are Authorized Devices for that content type ("PSN Devices"). Through PlayStation®Mobile, you may access content on PlayStation-Certified mobile devices ("PS Mobile Devices").

You may also be able to participate in the online PSN community (including chatting via voice and video with your friends) and play games online. If you registered for an SEN Account that was or, in limited cases, is branded a "PSN" account, you will not have to create a separate SEN Account because your account will be transitioned into an SEN Account. SEN First Party Services may not be available, or may not be supported, in some countries and some languages. SNEI reserves the right to deny the creation of any account at its sole discretion. Currently, there is no charge to create an SEN Account, but there may be charges associated with certain online content or services available through SEN First Party Services. All information provided during

2

account registration must be truthful and accurate. SNEI reserves the right to cancel any SEN Account that uses or that was created using untruthful or inaccurate information.

There are two types of accounts: Master Accounts and Sub Accounts. All accounts have an associated mailbox for receiving electronic text mail. If you have reached the legal age of majority, you can create a Master Account for yourself. Where available, each Master Account can create up to six (6) associated Sub Accounts. You are not permitted to create Sub Accounts for adults or persons under the legal age of majority who are not your children or for whom you are not the legal guardian. Your children must be of a certain age in order to have a Sub Account. Sub Accounts may not be available in all countries. Deletion or termination of a Master Account may result in the deletion and termination of all associated Sub Accounts.

A Master Account has access to and control over the following aspects of its Sub Accounts: (i) financial aspects; (ii) content availability and (iii) certain communication features. Text mail from SNEI that relates to a Sub Account's purchases will be sent to the mailbox of the associated Master Account. At its sole discretion, SNEI may send text mail to the Master Account relating to the Sub Account's other activities. The Master Account holder is jointly and severally legally and financially responsible for the actions of his or her Sub Account holders.

Both Master Account and Sub Account holders select their own sign-in ID and password to gain access to their accounts. SEN Account holders may be required to select their own Online ID to access PSN. All users should safeguard their sign-in ID and password to prevent use by any other user. Certain information, which may include the Online ID, "About Me" statement, avatar pictures, country/area of residence, preferred language and recently played game titles, may be provided to all SEN First Party Service users, including children. SNEI has no liability for any unauthorized usage of any account.

## 2.   PARENTAL CONSENT AND PARENTAL CONTROLS

Where Sub Accounts are available, a child under the legal age of majority can only have a Sub Account associated with a Master Account of the child's parent or legal guardian. If you are creating a Sub Account for a child, you must provide (i) your consent for SNEI to collect, use and disclose, pursuant to SNEI's Privacy Policy, your child's personally identifying information to third parties for the purpose of allowing your child to participatef in SEN First Party Services; (ii) your consent to your child's communications with others through the Sony Entertainment Network as described in this Agreement and SNEI's Privacy Policy; and (iii) your credit card information if requested by SNEI for Sub Accounts for children under the age of 13 in the United States and Canada or under the specific age applicable to your country. Your credit card will be used to verify parental consent under laws requiring you consent. You will not be charged a fee for creating the Sub Account. If you do not consent to the collection and disclosure of your child's information as described in SNEI's Privacy Policy, you will not be able to create a Sub Account. If all requested information is provided, a separate email containing a code will be sent to the Master Account's email account with instructions to complete registration by entering the code into the Sub Account using a personal computer. You will

3

need to create for your child an Online ID that will be associated with your child's SEN Sub Account. Please note that the Online ID is viewable by all SEN First Party Services users and, depending on a user's activities, the Online ID may be publicly available and viewable via the Internet by those outside the SEN First Party Services. For example, if a user submits a posting to an online blog related to the SEN First Party Services, that user's Online ID may be associated with the post in a manner that is publicly available.

The Master Account may restrict the ability of a Sub Account to communicate with other SEN First Party Services users by setting the Restrict Chat option to "YES," which is the default setting. Please beware of limitations to the Restrict Chat option. With Restrict Chat set to "YES," your child still may receive text emails from PSN users, including adults, in your child's account mailbox or via Group Messaging in the PlayStation®Vita system. The parent's Master Account will not be notified of text emails sent to a child's Sub Account mailbox. In addition, the Restrict Chat option may not apply to certain types of interactive features in game content that may be used to facilitate user communication. As the parent or legal guardian, you are responsible for monitoring your child's access to or use of SEN First Party Services, as well as any communications made or received by your child on or through SEN First Party Services.

The Master Account may restrict a Sub Account's access to game and video content if the content is rated by using the Restrict Content setting. Some content may be objectionable to or inappropriate for some users, including children under a certain age, which may vary from country to country. Please consider your child's age and check any content ratings and descriptions where available, before you access, download or purchase access to any items or permit your child to do so. In some cases, third parties provide ratings or descriptions for items, and SNEI cannot guarantee the accuracy or completeness of such information. Not all content is rated.

Some content that you access on your PlayStation®3 computer entertainment system, PSP® (PlayStation®Portable) system, PlayStation®Vita system, other Authorized Device or other Music Unlimited Device may be accessible by all users of that system or device. Please monitor all access to content that may be objectionable or age inappropriate. Parental controls implemented through these devices may not apply to certain types of content that may be used to facilitate user communication, certain categories of downloadable content or certain categories of streamed material. Parental controls may also not apply to content that is not rated. Your child may not be able to access some content or play games rated for users older than his or her registered age. In some countries, parents and legal guardians with Master Accounts will be permitted to set their parental controls to override restrictions on certain materials for associated Sub Accounts. Please see the following websites for more information: http://playstation.com/ and http://sonyentertainmentnetwork.com/.

## 3.   COMMUNITY CODE OF CONDUCT

You must adhere to the following rules of conduct, and also follow a reasonable, common-sense code of conduct. Users are required to take into consideration community standards and

refrain from abusive or deceptive conduct, cheating, hacking, or other misuse of SEN. Rights of other users should be respected.

The actions that are prohibited include the following:

- You may not engage in deceptive or misleading practices.
- You may not abuse or harass others, including stalking behavior.
- You may not take any action, or upload, post, stream, or otherwise transmit any content, language, images or sounds in any forum, communication, public profile, or other publicly viewable areas or in the creation of any Online ID that SNEI or its affiliates, in their sole discretion, find offensive, hateful, or vulgar. This includes any content or communication that SNEI or its affiliates deem racially, ethnically, religiously or sexually offensive, libelous, defaming, threatening, bullying or stalking.
- You may not organize hate groups.
- You may not upload, post, stream, or otherwise transmit any content that contains any viruses, worms, spyware, time bombs, or other computer programs that may damage, interfere with, or disrupt SEN.
- You may not use, make, or distribute unauthorized software or hardware, including Non-Licensed Peripherals and cheat code software or devices that circumvent any security features or limitations included on any software or devices, in conjunction with SEN, or take or use any data from SEN to design, develop or update such unauthorized software or hardware.
- You may not modify or attempt to modify the online client, disc, save file, server, client-server communication, or other parts of any game title, or content.
- You may not cause disruption to or modify or damage any account, system, hardware, software, or network connected to or provided by SEN for any reason, including for the purpose of gaining an unfair advantage in a game.
- You may not attempt to hack or reverse engineer any code or equipment in connection with SEN.
- You may not provide anyone with your name or any other personally identifying information other than your Online ID, nor the name, password or personally identifying information of any other person or business through any means, including messaging, chat or any other form of network communication.
- You may not take any action that SNEI or its affiliates consider to be disruptive to the normal flow of chat or gameplay, including uploading, posting, streaming, or otherwise transmitting any unsolicited or unauthorized material, including junk mail, spam, excessive mail or chain letters.
- You may not introduce content that is commercial in nature such as advertisements, solicitations, promotions and links to web sites.
- You may not introduce content that could be harmful to SNEI or its affiliates or their licensors, or players, such as any code or virus that may damage, alter or change any property or interfere with the use of property or SEN.

- You may not upload, post, stream, access, or otherwise transmit any content that you know or should have known to be infringing, or that violates, any third party rights, any law or regulation, or contractual or fiduciary obligations.
- You may not impersonate any person, including an SNEI or third party employee.
- You may not provide SNEI or any third party company with false or inaccurate information, including reporting false complaints to our or our affiliates' consumer services or providing false or inaccurate information during account registration.
- You may not sell, buy, trade, or otherwise transfer your Online ID, SEN Account or any personal access to SEN through any means or method, including by use of web sites.
- You may not conduct any activities that violate any local, state or federal laws, including copyright or trademark infringement, defamation, invasion of privacy, identity theft, hacking, stalking, fraud, stealing or using without purchasing, where payment is required, any content or service and distributing counterfeit software or SEN Accounts.

Unless otherwise required by law, SNEI is not responsible for monitoring or recording any activity on SEN, including communications, although SNEI reserves the right to do so and you hereby give SNEI your express consent to monitor and record your and your Sub Account's activities and communications. SNEI reserves the right to remove any content and communication from SEN First Party Services at SNEI's sole discretion without notice and to terminate any SEN Account through which violations of the Community Code of Conduct occur. SNEI may also take steps on behalf of its device platform partners to disable permanently or temporarily any device on which you receive SEN First Party Services and through use of which you violate the Community Code of Conduct. SNEI may use any data it collects, including the content of your communications, the time and location of your activities, your Online ID and IP address and any other collectable data, to enforce this Agreement or protect the interests of SNEI, its affiliates, SEN First Party Service users or SNEI's or its affiliates' licensors. Such information may be disclosed to appropriate authorities or agencies. Any other use is subject to the terms of SNEI's Privacy Policy. SNEI has no liability for any violation of this Agreement by you or by any other SEN First Party Service user.

We and third parties may provide functionality allowing you to recommend your favorite content or services to your friends via the SEN First Party Services. Only send recommendations to friends who you know want to receive them and whose age is appropriate for the content or services you are recommending. If you receive unwanted messages, ask the sender to stop. If they do not, you can add that person to your block list. See your system manual for more information.

## 4.   ACCESS TO CONTENT

All content and services are provided to you by SNEI, including content created or published by third parties. Third parties may administer access to some content or services, including delivery, gameplay, community management or customer service. To enable third parties to provide such access to you, SNEI must provide them with your personal information. If you do not consent to allow us to share your personal information with third parties for the purpose of

providing you with access to SEN First Party Services content, you will not be able to participate in any SEN First Party Services. In order to access certain content, you may be required to accept additional content-specific usage terms and conditions of SNEI or third party companies ("Usage Terms"). In the event of any conflict between this Agreement and the Usage Terms or any other terms and conditions in connection with SEN First Party Services or any disc-based product used with SEN First Party Services, this Agreement will control.

You may be able to set your PlayStation®3 computer entertainment system, PlayStation®Vita system or other Authorized Device to download or receive new content automatically from the SEN First Party Services without further notice to you when you sign into SEN First Party Services. Such content will be subject to the terms of this Agreement.

## 5.   WALLET

All access to content may only be purchased from SNEI using funds from a wallet associated with your SEN Account. Your wallet will be used to purchase content, licenses or services offered through SEN. All transactions made by the Sub Account or the Master Account must be made through the Master Account's wallet. A Sub Account does not have a separate wallet. Master Accounts can set a maximum spending amount for each Sub Account, effective at the beginning of the following month. A Master Account holder can fund the wallet up to a maximum amount determined by SNEI ("Limit"), using either (i) a credit or debit card; (ii) a prepaid card or promotional code with a specified value where available; or (iii) other payment methods approved by SNEI and made available from time to time in each specific country. SNEI has no obligation to reverse or refund unauthorized charges made using any available payment method.

Except as otherwise permitted by applicable law or as expressly provided in this Agreement, funds added to the wallet are non-refundable and non-transferable. Wallet funds have no value outside SEN and can only be used to purchase access to content from SNEI through First Party Services and certain limited Third Party Services. Subject to applicable law, wallet funds that are deemed abandoned or unused by law will not be returned or restored.

## 6.   PREPAID CARDS AND PRODUCT CODES

SNEI or its affiliates may provide prepaid cards that allow users to redeem content on SEN First Party Services or fund the wallet. The value of a prepaid card contributes to the Limit. If you acquire a prepaid card that has a value that, when added to the wallet's existing balance, exceeds the Limit, you will not be able to apply the value of the prepaid card to the wallet until sufficient funds have been spent from the wallet to allow the sum of the full value of the prepaid card and wallet to be equal to or less than the Limit. Except as permitted by SNEI, the Master Account wallet will only accept prepaid cards with currency value from the same country as the one designated for the Master Account.

SNEI, its affiliates or third parties may provide product codes which can be used to access content, including promotional content. Product codes may not be available in all countries or to all users, and age restrictions may apply. Some product codes must be used before a specified expiration date and in accordance with specified terms and conditions. Unless otherwise stated, product codes may be used once only by the recipient and may not be transferred or sold to any other person.

SNEI is not responsible or liable for any claims arising as a result of prepaid cards or product codes, including any problems or defects in connection with prepaid cards or product codes. Your use of the prepaid card is subject to this Agreement's terms. Additional terms and conditions may accompany the prepaid card or the product code.

## 7.   TRANSACTIONS

All transactions made through your Master Account or an associated Sub Account are solely between you and SNEI. By completing a transaction through your Master Account or allowing a transaction to take place through an associated Sub Account, you are (i) agreeing to pay for all transactions made by the Master Account and its associated Sub Accounts, including recurring charges for subscriptions that are not cancelled; (ii) authorizing SNEI to deduct from the wallet and charge your credit card or other applicable payment instrument or payment mechanism all applicable fees due and payable for all transactions made by the Master Account and its associated Sub Accounts; and (iii) agreeing to any applicable Usage Terms and the terms and conditions associated with use of the particular content or service. To the extent permitted by applicable law, all transactions are final upon their completion. You may have the option to order a license for certain content from the SEN First Party Services in advance of the time the content is first released for license via the SEN First Party Services. To the extent permitted by applicable law, we reserve the right to deduct funds from your wallet for any such pre-order at the time of your request, but the content will not be available until the content is released for license via the SEN First Party Services. You may not cancel a pre-order at any time and refunds are not available for pre-orders, subject to applicable laws. Access to content is not transferable except as expressly allowed under applicable terms of service. Prior to completing a transaction, you are encouraged to review the description of the content or service you are licensing and the content itself, where available. SNEI reserves the right to deduct from the wallet any fee, penalty or other charge resulting from a Master Account holder's request to the Master Account holder's credit card company or other payment processor to reverse charges relating to a transaction. SNEI reserves the right to deduct from the wallet all bank fees related to transactions made by the Master Account and its associated Sub Accounts, including domestic and international transaction fees. SNEI reserves the right to terminate the Master Account and all Sub Accounts associated with the Master Account for failure to complete transaction payments. In lieu of termination of the Master Account, SNEI may elect to provide a mechanism by which a Master Account may fund the wallet to prevent the Master Account and its associated Sub Accounts from being terminated. Features, specifications, prices, services and content are subject to change or withdrawal at any time and SNEI does not provide any refunds in the event of a price drop, a subsequent promotional offering or product removal. Special

product, prices and promotions are no longer valid once they are changed or removed. Prices listed do not include sales tax. Applicable sales tax will be calculated and added at the time you complete a transaction. In certain jurisdictions, local laws require that prices include all applicable taxes, in which case this will be indicated at the time of the transaction. To the extent permitted by applicable law, all transactions are subject to the laws of the State of California, County of San Mateo.

You may be able to make transactions only with a designated Sony regional company which is determined by your country/area of residence. Your country/area of residence may be verified by your credit or debit card number and may be rejected if the information does not match. If you are a Master Account holder, you will receive an email summary for each transaction after it is made, if you have given us a valid, current, operational email address. Please print and retain these emails for your records. You can view your transaction history in the account management area.

Errors in listed prices, product descriptions, and associated terms and conditions may occur. If we discover an error in the price of items you have ordered, we will contact you. You will have the option of either reconfirming your order at the correct price or canceling it. If we are unable to contact you, your order will be cancelled.

Upon SNEI's confirmation of your transaction, you may access the item you ordered through your SEN Account that you used to order the item, until such time as SNEI removes the item. We encourage you to download or access the item immediately after completing your transaction. You bear all risk of loss for accessing the content, including completing the download of any content, ensuring that you have the necessary capabilities to view the content, including content provided at high resolution/definition, and for any loss of content you have downloaded, including any loss due to a file corruption or hard drive crash. You are solely responsible if you do not choose to download or access the content before it is removed and for ongoing storage and safekeeping of the content. SNEI is not obligated to provide you with replacement copies for any reason.

If you do not have sufficient funds in your wallet to complete a transaction and you have previously entered your credit card information or another payment instrument or payment mechanism, we may automatically charge your credit card or the other applicable payment instrument or payment mechanism a minimum amount determined by SNEI ("Minimum Fee") to complete the transaction, even if the Minimum Fee exceeds the total amount of your order. Any difference between the Minimum Fee and the total amount of your order will be credited to your wallet. Additional procedures apply to subscription purchases. Please read Section 13 ("SUBSCRIPTIONS") of this Agreement for details. Payments for access to content or services are not refundable, unless otherwise required by applicable law.

## 8.   LICENSE RESTRICTIONS AND CONDITIONS

Except as stated in this Agreement, all content and software provided through SEN First Party Services are licensed non-exclusively and revocably to you, your children and children for whom you are a legal guardian (collectively for purposes of this section, "You" or "Your"), solely for Your personal, private, non-transferable, non-commercial, limited use on a limited number of Authorized Devices in the country in which your account is registered. All intellectual property rights subsisting in SEN First Party Services, including all software, data, and content subsisting in or used in connection with SEN First Party Services, the Online ID and access to content and hardware used in connection with SEN First Party Services (collectively defined as "Property"), belong to SNEI and its licensors. This license and all use or access to Property is expressly conditioned on your compliance with this Agreement's terms, other applicable agreements, if any, and all applicable copyright and intellectual property rights laws.

Your compliance with all of the following are express conditions of Your license to use or access the Property. You may not sell, rent, lease, loan, sublicense, modify, adapt, arrange, translate, reverse engineer, decompile, or disassemble any portion of the Property. Except as stated in this Agreement or as SNEI expressly permits by SNEI, you may not reproduce or transfer any portion of the Property. You may not create any derivative works, attempt to create the source code from the object code, or download or use any Property for any purpose other than as expressly permitted. You may not bypass, disable, or circumvent any encryption, security, digital rights management or authentication mechanism in connection with SEN First Party Services, Authorized Devices, or any of the content or services offered through SEN First Party Services. You may use the Property only on Authorized Devices. You acknowledge that SEN First Party Services and content or services provided through SEN First Party Services may contain security or technical features that will prevent use of such content or services in violation of this Agreement. Property is not licensed to you for resale, public performance, display, distribution or broadcast. Except as this Agreement expressly grants, SNEI and its licensors reserve all rights, interests, and remedies in connection with SEN First Party Services and the Property. Upon termination of this Agreement, Your Account, or license to any Property, You will immediately cease use of the Property and delete or destroy copies of the Property.

Additional terms and conditions, including use restrictions or requirements, may apply to a particular item. Use or license terms may vary depending on the item. Please read carefully all specific terms of use for a particular item or service before ordering. The restrictions to which a particular item or service is subject are in the sole discretion of SNEI or its licensors and are subject to change at any time. Use of the terms "own," "ownership", "purchase," "sale," "sold," "sell," "rent" or "buy" on or in connection with SEN First Party Services shall not mean or imply any transfer of ownership of any content, data or software or any intellectual property rights therein from SNEI or its licensors to any user or third party. All other company, product, and service names and logos referenced on SEN First Party Services are the marks, trade names, trademarks/service marks, and registered trademarks/ service marks ("Marks") of their respective owners. You may not use or reproduce any Marks without the owner's express written consent. You may not remove any proprietary notices or labels from any content.

## 9.   VIDEO CONTENT

10

You may use your SEN Account to order video content. Subject to this Agreement's terms and any additional terms and conditions for the particular item, SNEI licenses digitalized content, including recordings or live streams of sport, music concerts and other entertainment events ("Live Events"), television shows and movies (which together comprise "Video Content") to account holders in select territories (currently the United States and Canada) for your personal, private, non-commercial viewing in your authorized territory, using a limited number of Authorized Devices during the authorized viewing period ("Authorized Term"). Video Content may be made available to you as a live or near-live stream ("Live Stream Content"), as a licensed copy for rental for a limited duration ("Licensed Rental Content"), a licensed copy for an indefinite duration ("Other Licensed Content") or as a licensed stream supported by advertising or promotional materials, which may be viewed for no upfront fee on an unlimited basis which may be for a limited duration ("Ad Supported Content"). Use of Video Content is subject to certain digital rights management rules and this Agreement's terms. Except for rights explicitly granted to you, all rights in the Video Content are reserved by SNEI and its licensors.

Live Stream Content comprises live or near-live transmissions of Live Events and can be viewed at the time of, and simultaneously with the occurrence of the Live Events themselves. Live Stream Content may be available for an extended period ("Event Viewing Term") past the occurrence of the applicable Live Event. The Event Viewing Term and any applicable Usage Terms for Live Stream Content will be displayed to you prior to finalizing your purchase. You may select the Authorized Device on which you want to view your Live Stream Content, and you may be able to view it on only one Authorized Device at a time.  You may access Live Stream Content at any point during the Live Event provided that you may be unable to view any part of the Live Stream Content which occurred prior to the start of your viewing. You acknowledge and agree that SNEI has no control over: (i) the start and finish time of a Live Event; (ii) the duration of a Live Event; or (iii) the content of a Live Event (including the quality or suitability of such content). The start times, duration and descriptions of Live Stream Content provided to you by SNEI are approximate only and may be subject to change.

You acknowledge and agree that certain streams and recordings of Live Events are hosted and delivered to you by SNEI's third party licensors, providers or partners ("Live Event Partners"). While SNEI endeavors to collaborate with reputable and professional Live Event Partners, SNEI cannot guarantee that such streams and recordings will comply with applicable laws, be suitable or appropriate for a particular age group, or be delivered uninterrupted, error-free and without fault or delay.

Your access to streams and recordings of Live Events may also be subject to, and you agree to comply with, the terms and conditions of Live Event Partners, which shall be made available by such Live Event Partner.

Ad Supported Content comprises Video Content which contains or is displayed with advertising, marketing or other promotional materials (together, the "Promotional Materials") and which may be accessed through Video Unlimited or through PSN by way of streaming only. Promotional Materials may be displayed in or around the Ad Supported Content by any means

selected by SNEI or its Ad Supported Content Partners (defined below) from time to time in their sole discretion. By accessing a stream of Ad Supported Content you acknowledge and agree that such stream may include, comprise or be displayed with Promotional Materials which may delay or interrupt the playback of the Video Content. You agree that SNEI may prevent you from skipping or otherwise manipulating the display of Promotional Materials, and, if so, you agree not to attempt to access Ad Supported Content in any manner not prescribed by SNEI. SNEI does not endorse any third party advertisement or promotional material (including the Promotional Materials) associated with Ad Supported Content in any manner and gives no warranty or other assurance in relation to any products or services featured in such advertisements and promotional materials.

Ad Supported Content may be played back by way of online streaming (and may be accessible unlimited number of times) unless and until it is removed from Video Unlimited or PSN by SNEI. Ad Supported Content may be streamed for playback through your Video Unlimited Devices and PSN Devices provided that the Ad Supported Content may be limited such that it is accessible by only one Video Unlimited Device or PSN Device, at any one time.

You acknowledge and agree that certain Ad Supported Content may be hosted or delivered to you by or through SNEI's third party licensors, providers or partners ("Ad Supported Content Partners"). While SNEI endeavors to collaborate with reputable and professional Ad Supported Content Partners, except to the extent required by applicable laws, SNEI cannot guarantee that such content (including all associated Promotional Materials, corresponding meta-data, artwork and other peripheral materials) will be complete and accurate, comply with applicable laws, correspond to its description, be suitable or appropriate for a particular age group, or be delivered uninterrupted, error-free and without fault or delay.

Your access to Ad Supported Content (and streams of such content) may also be subject to, and you agree to comply with, the terms and conditions of Ad Supported Content Partners, which shall be made available by such Ad Supported Content Partner.

In consideration for the display and delivery of associated Promotional Material, Ad Supported Content will be delivered to you for no upfront fee or other sum being charged and the value of your wallet will not be reduced as a result of your access to such content in accordance with this Agreement. SNEI reserves the right to withdraw Ad Supported Content from Video Unlimited at any time without notice to you. Licensed Rental Content will have a time period during which you can begin playback ("Rental Term"). The Rental Term and any applicable Usage Terms for each Licensed Rental Content item will be displayed to you prior to finalizing your rental payment. Once you begin playback of your Licensed Rental Content, that content is viewable for up to 24 hours or such other period notified to you prior to finalizing your rental payment ("Rental Viewing Period"). After the Rental Viewing Period or Rental Term ends, whichever occurs first, you will not be able to view the Licensed Rental Content unless you obtain an additional license for that content.

You may select the Authorized Device on which you want to view your Licensed Rental Content, but you may view it on only one Authorized Device at a time. For Video Unlimited, you may view the content from any one of your Video Unlimited Devices, except that if the Licensed Rental Content is in high definition format, it may be viewed on only one Authorized Streaming Device. For PSN, you may view Licensed Rental Content from any one of your PSN Devices, except that if the Licensed Rental Content is in high definition format, it may be viewed on one PlayStation®3 computer entertainment system that is an Authorized Device. Licensed Rental Content may not be transferred between an Authorized Download Device and an Authorized Streaming Device. Because the PlayStation®3 computer entertainment system is both an Authorized Download Device and an Authorized Streaming Device, you may initiate a stream of Licensed Rental Content on your PlayStation®3 computer entertainment system and subsequently download that Licensed Rental Content to the same PlayStation®3 computer entertainment system. If you downloaded Licensed Rental Content to your PlayStation®3 computer entertainment system, you may not subsequently stream that Licensed Rental Content on your PlayStation®3 computer entertainment system. The Rental Viewing Period begins when you begin to stream the Licensed Rental Content or begin playback of a downloaded version of that content, whichever you do first. Once playback has started on an Authorized Streaming Device, you may not view that content using any other Authorized Device without a separate license payment. If you start Licensed Rental Content playback on an Authorized Download Device, the account that ordered the Licensed Rental Content may, during the Authorized Term, transfer that content to a limited number of Authorized Download Devices, as described below.

Licensed Rental Content in standard definition format downloaded onto a PlayStation®3 computer entertainment system may be transferred to up to a total of three PSP® (PlayStation®Portable) or PlayStation®Vita systems. Licensed Rental Content in standard definition format downloaded onto a personal computer may be transferred to up to a total combination of three PSP® (PlayStation®Portable) systems, PlayStation®Vita systems and mobile telephones. Licensed Rental Content in standard definition format downloaded onto a PSP® (PlayStation®Portable) or PlayStation®Vita system may be transferred to up to one PlayStation®3 computer entertainment system and two personal computers. Licensed Rental Content in standard definition format downloaded onto a mobile telephone or tablet may be transferred to up to two personal computers. In each of the above cases, you may only transfer to one of the eligible Authorized Download Devices and following such transfer, the Licensed Rental Content will no longer be available on the sending Authorized Download Device.

You may view Other Licensed Content for an unlimited number of times on Authorized Download Devices only. The account that ordered the Other Licensed Content may copy that content to a limited number of Authorized Download Devices, as described below.

Other Licensed Content in standard definition format downloaded onto a PlayStation®3 computer entertainment system may be copied for use on up to three PSP® (PlayStation®Portable) or PlayStation®Vita systems. Other Licensed Content in standard definition format downloaded onto a personal computer may be copied for use on up to a

combination of three PSP® (PlayStation®Portable) or PlayStation®Vita systems, tablets and mobile telephones. Other Licensed Content in standard definition format downloaded on to a PSP® (PlayStation®Portable) or PlayStation®Vita system may be copied for use on up to one PlayStation®3 computer entertainment system and two personal computers. Other Licensed Content in standard definition format downloaded on to a mobile telephone or tablet may be copied for use on up to two personal computers.  Other Licensed Content in high definition format may be viewed on only one PlayStation®3 computer entertainment system.

You may have the option to order Video Content in high definition and standard definition format. You acknowledge that delivery of content is dependent on variables not under SNEI's control, including the speed and availability of your broadband or network connection. You may experience delays or technical difficulties caused by or related to such variables. If you have ordered Video Content and view it using an Authorized Streaming Device, you may not be able to view content in the format that you have ordered due to such variables. To the extent permitted by law, you will not receive a refund or credit for any content that you are not able to view or have difficulty viewing due to such variables. We strongly encourage you to order content suitable for your viewing capabilities. You bear all responsibility for ensuring that you have the viewing capabilities to view content in the appropriate format or at all.

Proper activation of an Authorized Device by the account that ordered the Video Content is required for all downloads, transfers, copies and viewings. Video Content is connected to the account used to order that content. An account can activate no more than the maximum number of Authorized Devices, regardless of the number of copies of Video Content ordered. Video Content may not be transferred from one account to another. You may not exceed the total number of accounts on any Authorized Device. Please refer to http://playstation.com/ and http://sonyentertainmentnetwork.com/ for more information on the total number of permitted SEN Accounts. SNEI reserves the right to limit the number of times an Authorized Device may be activated or deactivated.

Downloading or streaming is not permitted outside the Authorized Term. In addition, once Video Content has been downloaded or accessed, you will not be able to download it again without an additional license.

Some content such as movie trailers may not be representative of the actual feature presentation. Digitalized versions of some content may not be identical with the original formatted content or previously released versions of the same titled content.

Video output in certain formats may require additional equipment, sold separately.

## 10. PLAYSTATION®MOBILE CONTENT

Subject to this Agreement's terms and any additional terms for particular content, SNEI licenses content through PlayStation Mobile for your personal, private, non-commercial use in the United States on PlayStation-Certified devices. License payments for PlayStation Mobile content

are made through the SEN Wallet. Additional software for licensing, using or managing PlayStation Mobile content may be required depending on the Authorized Device you use. Except for rights explicitly granted here, all rights in PlayStation Mobile content are reserved by SNEI and its licensors. Some PlayStation Mobile content may not be identical to the original formatted content or versions of other same-titled content.

## 11. MUSIC CONTENT

Music Unlimited is a subscription service.  You may be given an opportunity to use Music Unlimited to receive music content ("Music Content") for your personal listening. Music Unlimited has certain features that are available without charge and other features that require you to pay fees in order for you to be able to use such features.

The compilation of Music Content available for listening and the features available on Music Unlimited may vary at any time. Certain features of and Music Content available through Music Unlimited are made available to you based upon where Music Unlimited determines you are physically located based upon your IP address. If you choose to use certain features of Music Unlimited, additional terms and limitations ("Additional Music Terms") may apply. Additional Music Terms or information about where to view Additional Music Terms are presented to you at either the time you choose to use those features or as part of the registration process necessary for you to use those features and you agree to be bound by Additional Music Terms.

Your ability to use Music Unlimited on Music Unlimited Devices may be dependent on you registering or providing certain information about Music Unlimited Devices or being connected online to the Internet and the playback or streaming of Music Content may be interrupted if you do not register, provide certain information about your Music Unlimited Devices or Music Unlimited Devices do not remain continuously connected online to the Internet. Some of Music Unlimited features require you to install and operate applications on some Music Unlimited Devices and failure to properly install and operate such applications will mean that you will not be able to use those features of Music Unlimited that rely upon such applications.

Music Content made accessible may only be played on one Music Unlimited Device at one time. Music Unlimited seeks to detect which Music Unlimited Device is receiving streamed Music Content and some of your Music Unlimited Devices may not receive streamed Music Content or may have a stream of Music Content terminated if Music Unlimited detects that you are playing streamed Music Content on another one of your Music Unlimited Devices.

You may elect to use features of Music Unlimited that will result in your historical use of Music Unlimited and music files on your Music Unlimited Devices being examined so that Music Unlimited can extract data about your use and other information about certain of your music files. This data is used to provide certain features of Music Unlimited to improve your experience using Music Unlimited and you consent to such music files and music history being examined.

No ownership rights in Music Content are transferred or assigned to you and all ownership rights in Music Content are retained by the owners of such rights. All rights granted to you regarding Music Content are granted to you personally and by license only. You are not given any rights to use any Music Content for any ringtones or in a manner that also requires a synchronization or public performance license with respect to the underlying musical composition of that Music Content. You are prohibited from reproducing, modifying, publicly broadcasting, repurposing or distributing any of the Music Content.

## 12. COMIC CONTENT

Subject to the terms of this Agreement and any additional terms and conditions for the particular content, SNEI licenses to SEN Account holders digital comic book content ("Comic Content") for your personal, private, non-commercial viewing in the United States on up to three activated PSP® (PlayStation®Portable) or PlayStation®Vita systems. Additional software for viewing Comic Content may be required. Except for rights explicitly granted here, all rights in Comic Content are reserved by SNEI and its licensors. Some Comic Content may not be identical with the original formatted content or versions of the same titled content not provided by SNEI.

## 13. SUBSCRIPTIONS

SNEI may offer you the opportunity to purchase, order or download subscriptions that provide access to particular products or services for a specified period of time. Subscriptions renew automatically unless you cancel the subscription. The cost of each subscription will automatically be deducted from your wallet at the beginning of each subscription term without further notice to you. Subscriptions may not be shared among any SEN accounts, including the Master Account with its associated Sub Accounts.

Some subscriptions may be single-product- or service-specific, while other subscriptions may be comprised of several content items, services or features, which may include special offers, discounted, free, paid-for, exclusive or early access content or automatic download of selected content. Individual content items and service within a composite subscription may also be offered for sale separately as a one-time order or single-product-specific subscription. Subscription charges may be increased at the end of each subscription term. As each product offering will have terms and conditions that vary, please review each product description, cost and subscription term carefully before order, payment or download. As with all orders, please print and retain a copy of your email order receipt for your reference.

SNEI may also offer a free trial period with some subscriptions. If you do not cancel your subscription before expiration of a trial period, your wallet will automatically be charged the cost of the subscription at the beginning of each subscription term without further notice to you. To avoid being charged, you must cancel your subscription prior to expiration. Please review all terms and conditions carefully before you accept any offer or promotion.

If you do not have sufficient funds in your wallet to cover the cost of your subscription at the time the subscription is renewed, the subscription will be cancelled unless the automatic funding feature on the Master Account is set to "ON." If the automatic funding feature on the Master Account is set to "ON," your credit card or other applicable payment instrument or mechanism may be charged automatically the greater of the subscription cost or the Minimum Fee. Every time you or one of your associated Sub Accounts purchases, orders or downloads a new subscription, the automatic funding feature in the Master Account is set automatically to "ON." The Master Account holder may change this setting to "OFF" at any time. However, the setting will return to "ON" upon subsequent purchase, order or download of any subscription, so setting your automatic funding feature to "OFF" may not effectively cancel your subscription. In order to stop receiving a subscription and avoid being charged, you must cancel your subscription in the Account Management area.

If you no longer wish to receive your subscription, you must cancel your subscription by using account management or contacting customer service at www.sonyentertainmentnetwork.com/support or the address located at the end of this Agreement. Cancellation will take effect at the beginning of the next subscription term. Except as otherwise stated in this Agreement, upon cancellation of your subscription or termination of the Master Account or Sub Account, you will not receive a refund or credit for any subscriptions for which you have paid. Further, you will not be able to access content or services provided in your subscription except as permitted by SNEI. Content that you downloaded onto a device and that was provided to you through a subscription at no additional cost beyond the subscription price may not be accessible. Game play information, including trophies earned during a trial offer, promotional period or subscription term may not be available.

## 14. MAINTENANCE AND UPGRADES

From time to time, it may become necessary to provide certain content to you to ensure that SEN First Party Services and content offered through SEN First Party Services, your PlayStation®3 computer entertainment system, the PSP® (PlayStation® Portable) system, PlayStation®Vita system or other authorized hardware is functioning properly. Some content may be provided automatically without notice when you sign in. Such content may include automatic updates or upgrades which may change your current operating system, cause a loss of data or content or cause a loss of functionalities or utilities. Such upgrades or updates may be provided for system software for your PlayStation®3 computer entertainment system, the PSP® (PlayStation® Portable) system, PlayStation®Vita system or other authorized hardware. Access or use to any system software is subject to terms and conditions of a separate end user license agreement. You authorize SNEI to provide such content and agree that SNEI shall not be liable for any damages, loss of data or loss of functionalities arising from provision of such content or maintenance services. It is recommended that you regularly back up any archivable data located on the hard disk.

## 15. USER MATERIAL AND INFORMATION

SNEI will collect and share with its affiliate, Sony Computer Entertainment America LLC ("SCEA"), information relating to your participation in SEN First Party Services, including your sign-in ID, friend's list, communications, purchase history and game play history (collectively, "Information") as well as your personally identifying information. You may have an opportunity to permit SNEI to share your Information relating to your participation in SEN First Party Services with third parties. If you choose to do so, use or distribution of your Information on any third party website or service may be subject solely to that third party's terms of service and privacy policy. Before electing to share your Information, please be aware of the kinds of Information you will be sharing and review the third party's terms of service and privacy policy. SNEI may also provide your Information to its subsidiaries or affiliates and vendors in order to provide you with the SEN First Party Services. You hereby authorize SNEI to use, distribute, copy, display, and publish your Information for any legitimate business purpose, including tournaments and ranking, without payment to you.

You will have the option to create, post, stream or transmit content such as pictures, photographs, game related materials, or other information through PSN to share with others ("User Material"), provided no rights of others are violated. To the extent permitted by law, you authorize and license SNEI a royalty free and perpetual right to use, distribute, copy, modify, display, and publish your User Material for any reason without any restrictions or payments to you or any third parties. You further agree that SNEI may sublicense its rights to any third party, including its affiliates and subsidiaries. You hereby waive, to the extent permitted by applicable law, all claims, including any moral or patrimonial rights, against SNEI, its affiliates and subsidiaries for SNEI or any third party's use of User Material. By creating, posting, streaming, or transmitting any User Material, you represent and warrant that you have the appropriate rights to use, create, post, distribute, and transmit User Material and to grant SNEI the foregoing license. You further agree to cooperate with SNEI in resolving any dispute that may arise from your Information or User Material. SNEI reserves the right to remove any Information or User Material at its sole discretion.

Some games played on or provided through PSN may have features that allow your information, including game play, Online ID, Friend's list, messages and related gaming information to be recorded by a user and distributed to any third party publicly, including users outside of PSN. You agree that any third party may record, use and distribute such information for any reason without any restrictions or compensation to you. Additional terms and conditions may apply, including SNEI's Privacy Policy, SCEA's Privacy Policy and the terms and conditions of any game publisher or service provider. Please review all terms carefully. If you do not want your information to be used, recorded or distributed, please do not play the game online through PSN.

Through your use of SEN First Party Services, you may be provided with information about SNEI's or a third party's products or services. This information includes, but is not limited to, promotions, advertisements, product placements or marketing materials within SEN First Party Services or a game, irrespective of whether the game is connected with or provided through PSN. You agree that SNEI and its partners and providers may collect information regarding your

activities, access, or game play, and may use and distribute such information subject to the terms of SNEI's Privacy Policy or the policies of third parties where applicable. SNEI does not endorse any of the third party products or services advertised, promoted or marketed.

## 16. TERMINATION / CANCELLATION

If SNEI determines in its sole discretion that you or your associated Sub Accounts have violated any term of this Agreement, the Usage Terms, or any other terms and conditions connected with SEN First Party Services or have otherwise injured or damaged the SEN First Party Services community, SNEI may take all actions to protect its interests, including termination or suspension of your SEN Account (both the Master Account and any associated Sub Accounts), automatic removal or blockage of content, implementation of upgrades or devices intended to discontinue unauthorized use, permanent or temporary disablement of any system or device through which you receive SEN First Party Services or reliance on any other remedial efforts as necessary to remedy the violation. If the violation is in connection with content that you or your Sub Accounts have accessed, you must immediately cease use of such content and delete all copies from all of your devices. Upon termination of your account for any reason, you will not receive a refund for items (including subscriptions and pre-paid products or services), value accumulated on in-game items or any unused balance in your wallet except as required by law or as expressly provided in this Agreement. After your account is terminated, you will not be able to access SEN First Party Services. Any game ranking or scores, or information in connection with SEN First Party Services will not be retained or accessible by you or your associated Sub Accounts. In some situations, we may suspend or terminate your Master Account, but permit you to retain your associated Sub Accounts. If you do not terminate your Sub Accounts, you will be liable for all their acts. You may not alter any of the settings on your Master Account, including parental control settings placed on your Sub Accounts prior to the termination or suspension of your Master Account. Your Sub Accounts will be permitted to use the remaining funds in your wallet provided that the Sub Account has not exceeded the limit you placed on the Sub Account. Additionally, you will not receive further correspondence from SNEI about your Sub Accounts, including purchases made by your Sub Accounts. SNEI reserves the right to bring legal action and to participate in any government or private legal action or investigation relating to your conduct, which may require the disclosure of your information. Unless as otherwise stated in this Agreement, SNEI, at its sole discretion, may indefinitely suspend, or discontinue any and all online access to content at any time, including for maintenance service or upgrades, without prior notice or liability.

## 17. BINDING INDIVIDUAL ARBITRATION

**Purpose**. The term "Dispute" means any dispute, claim, or controversy between you and any Sony Entity regarding any SEN First Party Services or the use of any devices sold by a Sony Entity to access SEN First Party Services, whether based in contract, statute, regulation, ordinance, tort (including, but not limited to, fraud, misrepresentation, fraudulent inducement, or negligence), or any other legal or equitable theory, and includes the validity, enforceability or scope of this Section 17 (with the exception of the enforceability of the Class Action Waiver

clause below). "Dispute" is to be given the broadest possible meaning that will be enforced. If you have a Dispute with any Sony Entity or any of a Sony Entity's officers, directors, employees and agents that cannot be resolved through negotiation within the time frame described in the "Notice of Dispute" clause below. Other than those matters listed in the Exclusions from Arbitration clause, you and the Sony Entity that you have a Dispute with agree to seek resolution of the Dispute only through arbitration of that Dispute in accordance with the terms of this Section 17, and not litigate any Dispute in court. Arbitration means that the Dispute will be resolved by a neutral arbitrator instead of in a court by a judge or jury.

**Exclusions from Arbitration**. **YOU AND THE SONY ENTITIES AGREE THAT ANY CLAIM FILED BY YOU OR BY A SONY ENTITY IN SMALL CLAIMS COURT ARE NOT SUBJECT TO THE ARBITRATION TERMS CONTAINED IN THIS SECTION 17.**

**RIGHT TO OPT OUT OF BINDING ARBITRATION AND CLASS ACTION WAIVER WITHIN 30 DAYS**. **IF YOU DO NOT WISH TO BE BOUND BY THE BINDING ARBITRATION AND CLASS ACTION WAIVER IN THIS SECTION 17, YOU MUST NOTIFY SNEI IN WRITING WITHIN 30 DAYS OF THE DATE THAT YOU ACCEPT THIS AGREEMENT UNLESS A LONGER PERIOD IS REQUIRED BY APPLICABLE LAW. YOUR WRITTEN NOTIFICATION MUST BE MAILED TO 6080 CENTER DRIVE, 10TH FLOOR, LOS ANGELES, CA 90045, ATTN: LEGAL DEPARTMENT/ARBITRATION AND MUST INCLUDE: (1) YOUR NAME, (2) YOUR ADDRESS, (3) YOUR SEN FIRST PARTY SERVICES ONLINE ID, IF YOU HAVE ONE, AND (4) A CLEAR STATEMENT THAT YOU DO NOT WISH TO RESOLVE DISPUTES WITH ANY SONY ENTITY THROUGH ARBITRATION.**

**Notice of Dispute.** IF YOU HAVE A DISPUTE WITH ANY SONY ENTITY, YOU MUST SEND WRITTEN NOTICE TO 6080 CENTER DRIVE, 10TH FLOOR, LOS ANGELES, CA 90045, ATTN: LEGAL DEPARTMENT/ARBITRATION, ATTN: SONY LEGAL DEPARTMENT: DISPUTE RESOLUTION" TO GIVE SNEI OR THE SONY ENTITY YOU HAVE A DISPUTE WITH THE OPPORTUNITY TO RESOLVE THE DISPUTE INFORMALLY THROUGH NEGOTIATION. You agree to negotiate resolution of the Dispute in good faith for no less than 60 days after you provide notice of the Dispute. If the Sony Entity you have a Dispute with does not resolve your Dispute within 60 days from receipt of notice of the Dispute, you or the Sony Entity you have a Dispute with may pursue your claim in arbitration pursuant to the terms in this Section 17.

**Class Action Waiver.** **ANY DISPUTE RESOLUTION PROCEEDINGS, WHETHER IN ARBITRATION OR COURT, WILL BE CONDUCTED ONLY ON AN INDIVIDUAL BASIS AND NOT IN A CLASS OR REPRESENTATIVE ACTION OR AS A NAMED OR UNNAMED MEMBER IN A CLASS, CONSOLIDATED, REPRESENTATIVE OR PRIVATE ATTORNEY GENERAL ACTION, UNLESS BOTH YOU AND THE SONY ENTITY WITH WHICH YOU HAVE A DISPUTE SPECIFICALLY AGREE TO DO SO IN WRITING FOLLOWING INITIATION OF THE ARBITRATION. THIS PROVISION DOES NOT PRECLUDE YOUR PARTICIPATION AS A MEMBER IN A CLASS ACTION FILED ON OR BEFORE AUGUST 20, 2011. THIS PROVISION IS NOT APPLICABLE TO THE EXTENT SUCH WAIVER IS PROHIBITED BY LAW.**

**Initiation of Arbitration Proceeding/Selection of Arbitrator**. If you or the Sony Entity you have a Dispute with elect to resolve your Dispute through arbitration, the party initiating the

arbitration proceeding may initiate it with the American Arbitration Association ("**AAA**"), www.adr.org, or JAMS www.jamsadr.com. The terms of this Section 17 govern in the event they conflict with the rules of the arbitration organization selected by the parties.

**Arbitration Procedures**. Because the software and/or service provided to you by the Sony Entity you have a Dispute with concern interstate commerce, the Federal Arbitration Act ("**FAA**") governs the arbitrability of all Disputes. However, applicable federal or state law may also apply to the substance of any Disputes. For claims of less than $75,000, the AAA's Supplementary Procedures for Consumer-Related Disputes ("Supplementary Procedures") shall apply including the schedule of arbitration fees set forth in Section C-8 of the Supplementary Procedures; for claims over $75,000, the AAA's Commercial Arbitration Rules and relevant fee schedules for non-class action proceedings shall apply. The AAA rules are available at www.adr.org or by calling 1-800-778-7879. Further, if your claims do not exceed $75,000 and you provided notice to and negotiated in good faith with the Sony Entity you had a Dispute with as described above, if the arbitrator finds that you are the prevailing party in the arbitration, you will be entitled to recover reasonable attorneys' fees and costs as determined by the arbitrator, in addition to any rights to recover the same under controlling state or federal law afforded to the Sony Entity you have a Dispute with or you. The arbitrator will make any award in writing but need not provide a statement of reasons unless requested by a party. Such award will be binding and final, excerpt for any right of appeal provided by the FAA, and may be entered in any court having jurisdiction over the parties for purposes of enforcement.

**Location of Arbitration**. You or the Sony Entity you have a Dispute with may initiate arbitration in either San Mateo County, California or the United States county in which you reside. In the event that you select the county of your United States residence, the Sony Entity you have a Dispute with may transfer the arbitration to San Mateo, County in the event that it agrees to pay any additional fees or costs you incur as a result of the change in location as determined by the arbitrator.

**Severability**. If any clause within this Section 17 (other than the Class Action Waiver clause above) is found to be illegal or unenforceable, that clause will be severed from this Section 17, and the remainder of this Section 17 will be given full force and effect. If the Class Action Waiver clause is found to be illegal or unenforceable, this entire Section 17 will be unenforceable, and the Dispute will be decided by a court and you and the Sony Entity you have a dispute with each agree to waive in that instance, to the fullest extent allowed by law, any trial by jury.

**Continuation**. This Section 17 shall survive any termination of this Agreement or the provision of SEN First Party Services to you.

## 18. GOVERNING LAW AND JURISDICTION

**YOU AND SNEI AGREE THAT THE LAWS OF THE STATE OF CALIFORNIA, WITHOUT REGARD TO ITS CONFLICT OF LAW RULES, GOVERN THIS AGREEMENT AND ANY DISPUTE BETWEEN YOU**

**AND THE SONY ENTITIES. ANY DISPUTE NOT SUBJECT TO ARBITRATION AND NOT INITIATED IN SMALL CLAIMS COURT WILL BE LITIGATED BY EITHER PARTY IN A COURT OF COMPETENT JURISDICTION IN EITHER THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA IN AND FOR THE COUNTY OF SAN MATEO OR IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA.**

## 19. GENERAL LEGAL

SNEI, at its sole discretion, may modify the terms of this Agreement at any time, including imposing a fee for creating SEN accounts. By accepting this Agreement or by accessing SEN First Party Services, you agree to be bound by all current terms of the Agreement. To access a printable, current copy of this Agreement, go to http://www.sonyentertainmentnetwork.com/ on your personal computer. If material changes to this Agreement are made, you will be notified by e-mail or other communication when you sign in to SEN First Party Services. If necessary, you will be given additional choices regarding such change(s). Your continued use of SEN First Party Services, including use of your associated Sub Account(s), will signify your acceptance of these changes. If you do not accept material changes to the Agreement, contact us to terminate this Agreement and your account(s).

This Agreement shall inure to the benefit of the parties, including any successors in interest of SNEI. SNEI has the right to assign any and all of its rights and obligations hereunder to any affiliate(s) or to any company in the Sony family group of companies. In addition to the benefits obtained by Sony Computer Entertainment America LLC under Section 17, Sony Computer Entertainment America LLC is a third party beneficiary of this Agreement.

If any provision of this Agreement is held illegal or otherwise unenforceable by a court of competent jurisdiction, that provision shall be severed and the remainder of the Agreement shall remain in full force and effect.

Except as otherwise required by applicable law, this Agreement shall be construed and interpreted in accordance with the laws of the State of California applying to contracts fully executed and performed within the State of California. Except as otherwise required by applicable law, both parties submit to personal jurisdiction in the state courts of San Mateo County, California and the federal courts of the Northern District of California. In the event of litigation to enforce any part of this Agreement, all costs and fees, including attorney's fees, shall be paid by the non-prevailing party to the extent permitted by applicable law.

## 20. WARRANTY DISCLAIMER AND LIMITATION OF LIABILITY

No warranty is given about the quality, functionality, availability or performance of SEN First Party Services, or any content or service offered on or through SEN First Party Services. All services and content are provided "AS IS" and "AS AVAILABLE" with all faults. SNEI does not warrant that the service and content will be uninterrupted, error-free or without delays. In addition to the limitations of liability of this Agreement, SNEI expressly disclaims any implied

warranty of merchantability, warranty of fitness for a particular purpose and warranty of non-infringement. SNEI assumes no liability for any inability to purchase, access, download or use any content, data or service. **YOUR SOLE AND EXCLUSIVE RECOURSE IN THE EVENT OF ANY DISSATISFACTION WITH OR DAMAGE ARISING FROM SEN FIRST PARTY SERVICES OR IN CONNECTION WITH THIS AGREEMENT AND SNEI'S MAXIMUM LIABILITY UNDER THIS AGREEMENT OR WITH RESPECT TO YOUR USE OF OR ACCESS TO SEN FIRST PARTY SERVICES SHALL BE LIMITED TO YOUR DIRECT DAMAGES, NOT TO EXCEED THE UNUSED FUNDS IN YOUR WALLET AS OF THE DATE OF TERMINATION. EXCEPT AS STATED IN THE FOREGOING SENTENCE, SNEI EXCLUDES ALL LIABILITY FOR ANY LOSS OF DATA, DAMAGE CAUSED TO YOUR SOFTWARE OR HARDWARE, AND ANY OTHER LOSS OR DAMAGE SUFFERED BY YOU OR ANY THIRD PARTY, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL AND HOWEVER ARISING, AS A RESULT OF ACCESSING OR DOWNLOADING ANY CONTENT TO YOUR PLAYSTATION®3 COMPUTER ENTERTAINMENT SYSTEM, THE PSP® (PLAYSTATION®PORTABLE) SYSTEM, PLAYSTATION®VITA SYSTEM, BRAVIA® TELEVISION, SONY BLU-RAY® DISC PLAYER OR ANY HARDWARE DEVICE, OR USING OR ACCESSING SEN FIRST PARTY SERVICES. UNLESS THIS PROVISION IS UNENFORCEABLE IN YOUR JURISDICTION, THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.** Internet Service Provider fees are the full responsibility of the user. Authorized Devices sold separately.

PLEASE CONTACT SONY COMPUTER ENTERTAINMENT AMERICA LLC CONSUMER SERVICES FOR FURTHER INFORMATION OR QUESTIONS VIA OUR WEBSITE http://us.playstation.com/support/ask/ OR BY PHONE AT 877-971-7669 OR AT THE FOLLOWING ADDRESS: SONY COMPUTER ENTERTAINMENT AMERICA LLC CONSUMER SERVICES DEPARTMENT, P.O. BOX 5888, SAN MATEO, CALIFORNIA, 94402-0888, UNITED STATES OF AMERICA. YOU MAY ALSO CONTACT US FOR FURTHER INFORMATION ON SEN VIA OUR WEBSITE http://www.sonyentertainmentnetwork.com/support OR BY PHONE TOLL FREE AT 855-999-7669 OR AT THE FOLLOWING ADDRESS SONY NETWORK ENTERTAINMENT INTERNATIONAL LLC CONSUMER SERVICE, 6080 CENTER DRIVE, SUITE 1000, LOS ANGELES, CALIFORNIA, 90045, UNITED STATES OF AMERICA.

IN ORDER TO CONTACT US BY PHONE FROM LATIN AMERICA, PLEASE USE THE FOLLOWING:

Argentina: 011-6770-7669

Brazil: 0800-880-7669 (from outside Brasilia)

Brazil: 4003 7669 (inside Brasilia)

Chile: 800-261-800; (56)(2)7546333

Colombia: 01-800-550-7000

Mexico: 01800.759.7669

Peru: 0-801-1-7000; (51)(1)511-6100