LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 255282)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>Defendant. | Case No.: 3:20-cv-01732-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SONY INTERACTIVE ENTERTAINMENT LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Date: September 24, 2020<br>Time: 10:00 a.m.<br>Courtroom 11, 19th Floor<br><br>Judge: Hon. James Donato |

The Motion of Defendant Sony Interactive Entertainment LLC ("SIE") to Compel Arbitration as to Plaintiff Brandi Crawford's ("Plaintiff") claims against SIE came on regularly for hearing in the above-referenced court, the Honorable James Donato presiding. Sacks, Ricketts & Case LLP appeared for Defendant SIE and Excolo Law PLLC appeared on behalf of Plaintiff.

Having read and considered the moving papers, opposition, reply, the evidence submitted by the Parties, and arguments presented by the Parties and respective counsel, and all other information bearing on the matter and for good cause appearing:

IT IS HEREBY ORDERED that Defendant SIE's Motion to Compel Arbitration is granted. The Court finds as follows:

1. Plaintiff assented to the PlayStation™Network Terms of Service and User Agreement ("ToSUA") and thus the arbitration provision found therein.
2. Plaintiff also assented to the PlayStation®4 System Software License Agreement ("SSLA") and thus the arbitration provision found therein.
3. Plaintiff's minor son, C.R.B., assented to the ToSUA and thus the arbitration provision found therein.
4. The claims at issue asserted against SIE fall within the scope of the arbitration provision found in SIE's ToSUA and SSLA.

IT IS SO ORDERED.

_____, 2020            _____
                                              Hon. James Donato