LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 255282)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>Defendant. | Case No.: 3:20-cv-01732<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S MOTION TO COMPEL ARBITRATION**<br><br>Hearing Date:  September 24, 2020<br>Complaint Filed:  March 11, 2020<br><br>Judge:  Hon. James Donato |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITION
AND REPLY BRIEFS TO DEFENDANT'S MOTION TO COMPEL ARBITRATION
CASE NO. 3:20-cv-01732-JD

**STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY BRIEFS TO DEFENDANT SONY INTERACTIVE ENTERTAINMENT, LLC'S MOTION TO COMPEL ARBITRATION**

Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-1(b), Defendant Sony Interactive Entertainment, LLC ("Sony") and Plaintiff Brandi Crawford ("Crawford" and together with Sony, the "Parties") stipulate and agree as follows:

1. Sony filed a motion to compel arbitration on July 13, 2020 in response to the Complaint filed by Crawford.

2. The hearing on Sony's motion to compel arbitration is currently noticed for September 24, 2020 at 10:00 a.m.

3. Pursuant to Civil Local Rule 7-3, Plaintiff's opposition is currently due on July 27, 2020 and Sony's reply is currently due on August 3, 2020.

4. The parties have met and conferred and respectfully request to alter the briefing schedule as follows: Opposition: August 24, 2020; Reply: September 14, 2020.

5. There have been no prior modifications to the briefing schedule for Sony's motion to compel arbitration and this modification will not interfere with any other currently set dates.

6. No party will be prejudiced by this extension of time.

Dated: July 20, 2020         SACKS, RICKETS & CASE LLP

                             By: /s/ *Michele Floyd*
                                 Luanne Sacks
                                 Michele Floyd
                                 Mike Scott

                             Attorneys for Defendant
                             Sony Interactive Entertainment, LLC

Dated: July 20, 2020         EXCOLO LAW, PLLC

                             By: /s/ *Keith Altman*
                                 Keith Altman

                             Attorneys for Plaintiff
                             Brandi Crawford

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____   _____
THE HONORABLE JAMES DONATO
United States District Judge

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 20, 2020                     By:  /s/ Michele Floyd
                                              Michele Floyd