1  LUANNE SACKS (SBN 120811)
   lsacks@srclaw.com
2  MICHELE FLOYD (SBN 163031)
   mfloyd@srclaw.com
3  MIKE SCOTT (SBN 255282)
   mscott@srclaw.com
4  **SACKS, RICKETTS & CASE LLP**
   177 Post Street, Suite 650
5  San Francisco, CA 94108
   Tel: 415-549-0580
6  Fax: 415-549-0640

7  *Attorneys for Defendant*
   Sony Interactive Entertainment, LLC
8

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN FRANCISCO**

12

13  | BRANDI CRAWFORD on behalf of herself and all others similarly situated, | Case No.: 3:20-cv-01732-JD |
    |---|---|
14  |  | **DEFENDANT'S STATUS REPORT** |
    | Plaintiff, |  |
15  |  | Complaint Filed:  March 11, 2020 |
    | vs. |  |
16  |  | Judge:  Hon. James Donato |
    | SONY INTERACTIVE ENTERTAINMENT, LLC, |  |
17  |  |  |
18  | Defendant. |  |

19

20

21

22

23

24

25

26

27

28

1

**DEFENDANT'S STATUS REPORT**

2       Pursuant to the Court's Order of March 30, 2021, Defendant Sony Interactive

3 Entertainment LLC ("SIE"), by and though its counsel, hereby provides the following status

4 report.  Counsel for SIE attempted to reach counsel for Plaintiff Brandi Crawford in order to

5 submit a joint status report.  After receiving no response, SIE submits this separate status report.

6       No demand for arbitration has yet been filed.

7

8

9  Dated: June 28, 2021                SACKS, RICKETTS & CASE LLP

10                       By: /s/ *Michele Floyd*
                           Luanne Sacks

11                         Michele Floyd
                         Mike Scott

12

13                       Attorneys for Defendant
                       Sony Interactive Entertainment, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

DEFENDANT'S STATUS REPORT
CASE NO. 3:20-cv-01732-JD