LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 255282)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>Defendant. | Case No.: 3:20-cv-01732<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: March 11, 2020<br><br>Judge: Hon. James Donato |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 30, 2021, Plaintiff Brandi Crawford ("Plaintiff") and Defendant Sony Interactive Entertainment LLC ("SIE"), by and though their respective counsel, hereby provide the following joint status update:

No demand for arbitration has yet been filed.

Dated: September 24, 2021                                   SACKS, RICKETTS & CASE LLP

                                                              By: /s/ *Michele Floyd*
                                                                  Luanne Sacks
                                                                  Michele Floyd
                                                                  Mike Scott

                                                                  Attorneys for Defendant
                                                                  Sony Interactive Entertainment, LLC

Dated: September 24, 2021                                   EXCOLO LAW, PLLC

                                                              By: /s/ *Keith Altman*
                                                                  Keith Altman

                                                                  Attorneys for Plaintiff
                                                                  Brandi Crawford

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 24, 2021               By:  /s/Michele Floyd
                                             Michele Floyd