LUANNE SACKS (SBN 120811)
lsacks@srclaw.com
MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
MIKE SCOTT (SBN 255282)
mscott@srclaw.com
**SACKS, RICKETTS & CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

KEITH ALTMAN (SBN 257309)
keithaltman@kaltmanlaw.com
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929

*Attorneys for Plaintiff*
Brandi Crawford

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>                    Defendant. | Case No.: 3:20-cv-01732<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed:  March 11, 2020<br><br>Judge:  Hon. James Donato |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of March 30, 2021, Plaintiff Brandi Crawford ("Plaintiff") and Defendant Sony Interactive Entertainment LLC ("SIE"), by and though their respective counsel, hereby provide the following joint status update:

Plaintiff has not yet filed a demand for arbitration.

Dated: December 23, 2021        SACKS, RICKETTS & CASE LLP

By: /s/ *Michele Floyd*
    Luanne Sacks
    Michele Floyd
    Mike Scott

    Attorneys for Defendant
    Sony Interactive Entertainment, LLC

Dated: December 23, 2021        LAW OFFICE OF KEITH ALTMAN

By: /s/ *Keith Altman*
    Keith Altman

    Attorneys for Plaintiff
    Brandi Crawford

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 23, 2021                                By:  /s/
                                                                                Michele Floyd