MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
**RICKETTS CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>                    Defendant. | Case No.: 3:20-cv-01732-JD<br><br>**DEFENDANT'S NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES OF COUNSEL**<br><br>Complaint Filed: March 11, 2020<br><br>Judge: Hon. James Donato |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Sacks, Ricketts & Case LLP's firm name has changed and its attorneys have new email addresses, effective February 4, 2022.  The new name of the firm is **Ricketts Case, LLP, and the new email address for Michele Floyd is mfloyd@rcllp.com**.  All other contact information shall remain the same.  Please update your service lists accordingly.

Dated: April 27, 2022                                          RICKETTS CASE, LLP

                                                       By: /s/ *Michele Floyd*
                                                         Michele Floyd

                                                         Attorneys for Defendant
                                                         Sony Interactive Entertainment, LLC