MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
**RICKETTS CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC

Keith Altman (SBN 257309)
**Excolo Law, PLLC**
26700 Lahser Road, Suite 401
Southfield, MI 48033
516-456-5885
Email: kaltman@excololaw.com

*Attorneys for Plaintiff*
Brandi Crawford

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO**

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>                        Plaintiff,<br><br>    vs.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>                        Defendant. | Case No.: 3:20-cv-01732<br><br>**JOINT STATUS REPORT**<br><br>Complaint Filed: March 11, 2020<br><br>Judge: Hon. James Donato |

# JOINT STATUS REPORT

Pursuant to the Court's Order of March 30, 2021, Plaintiff Brandi Crawford ("Plaintiff") and Defendant Sony Interactive Entertainment LLC ("SIE"), by and though their respective counsel, hereby provide the following joint status update:

Plaintiff has not yet filed a demand for arbitration.

Dated: April 27, 2022    RICKETTS CASE, LLP

By: /s/ *Michele Floyd*
Michele Floyd

Attorneys for Defendant
Sony Interactive Entertainment, LLC

Dated: April 27, 2022    EXCOLO LAW, PLLC

By: */s/ Keith Altman*
Keith Altman

Attorneys for Plaintiff
Brandi Crawford

**ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 27, 2022                              By:  */s/ Michele Floyd*
                                                        Michele Floyd