MICHELE FLOYD (SBN 163031)
mfloyd@srclaw.com
**RICKETTS CASE LLP**
177 Post Street, Suite 650
San Francisco, CA 94108
Tel: 415-549-0580
Fax: 415-549-0640

*Attorneys for Defendant*
Sony Interactive Entertainment, LLC


Keith Altman (SBN 257309)
**LAW OFFICE OF KEITH ALTMAN**
33228 West 12 Mile Road, Suite 375
Farmington Hills, MI  48331
Tel: 248-987-8929
Email: keithaltman@kaltmanlaw.com

*Attorneys for Plaintiff*
Brandi Crawford

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> SONY INTERACTIVE ENTERTAINMENT, LLC, <br><br> Defendant. | Case No.: 3:20-cv-01732 <br><br> **JOINT STATUS REPORT** <br><br> Complaint Filed:  March 11, 2020 <br><br> Judge:  Hon. James Donato |

## JOINT STATUS REPORT

Pursuant to the Court's Order of March 30, 2021, Plaintiff Brandi Crawford ("Plaintiff") and Defendant Sony Interactive Entertainment LLC ("SIE"), by and though their respective counsel, hereby provide the following joint status update:

Plaintiff has not yet filed a demand for arbitration.

Dated: August 15, 2022                 SACKS, RICKETTS & CASE LLP

                                        By: /s/ *Michele Floyd*
                                            Michele Floyd

                                        Attorneys for Defendant
                                        Sony Interactive Entertainment, LLC

Dated: August 15, 2022                 LAW OFFICE OF KEITH ALTMAN

                                        By: */s/ Keith Altman*
                                            Keith Altman

                                        Attorneys for Plaintiff
                                        Brandi Crawford

1

## **ATTESTATION RE ELECTRONIC SIGNATURES**

I, Michele Floyd, attest pursuant to Civil Local Rule 5-1(i)(3) that all other signatories to this document, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 15, 2022                    By:  _/s/Michele Floyd_____
                                                          Michele Floyd

JOINT STATUS REPORT
CASE NO. 3:20-cv-01732-JD