KILPATRICK TOWNSEND & STOCKTON LLP
Michele Floyd (State Bar No. 163031)
mfloyd@kilpatricktownsend.com
Two Embarcadero Center, Suite 1900
San Francisco, CA  94111
Telephone:   415 576 0200
Facsimile:    415 576 0300

Attorneys for Defendant
SONY INTERACTIVE ENTERTAINMENT, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRANDI CRAWFORD on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT, LLC,<br><br>Defendant. | Civil Action No. 3:20-cv-01732<br><br>**JOINT STATUS REPORT**<br><br>Ctrm.:    Courtroom 11, 19th Floor<br>Judge:    Hon. James Donato<br><br>Complaint Filed:    03/11/2020<br>Trial Date: |

Pursuant to the Court's Order of March 30, 2021, Plaintiff Brandi Crawford ("Plaintiff") and Defendant Sony Interactive Entertainment LLC ("SIE"), by and through their respective counsel, hereby provide the following joint status update:

Plaintiff has not yet filed a demand for arbitration.

DATED:  December 15, 2022          Respectfully submitted,

KILPATRICK TOWNSEND & STOCKTON LLP


By: */s/ Michele Floyd*
      MICHELE FLOYD

Attorneys for Defendant
Sony Interactive Entertainment, LLC

DATED:  December 15, 2022          Respectfully submitted,

EXCOLO LAW, PLLC


By: */s/ Keith Altman*
      KEITH ALTMAN

Attorneys for Plaintiff
Brandi Crawford

### ATTESTATION RE ELECTRONIC SIGNATURES

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document..

*/s/ Michele Floyd*