UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDI CRAWFORD,<br><br>Plaintiff,<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>Defendant. | Case No. 20-cv-01732-JD<br><br>**ORDER TO SHOW CAUSE** |

On March 30, 2021, the Court ordered this case to arbitration. Dkt. No. 25. Since then, defendant has advised the Court on multiple occasions that plaintiff has not initiated arbitration or otherwise advanced the case. Dkt. Nos. 26-28, 30-35. The last report of inaction was filed on August 19, 2024, more than three years after the arbitration order. Dkt. No. 35. Consequently, plaintiff is ordered to show cause in writing by September 3, 2024, why the case should not be dismissed for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: August 22, 2024

JAMES DONATO
United States District Judge