UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRANDI CRAWFORD on behalf of herself ) Case Number: 20-cv-01732-JD
and all others similar situated, )
) [~~PROPOSED~~] ORDER GRANTING
) **PLAINTIFF'S MOTION TO DISMISS**
Plaintiff, ) **WITHOUT PREJUDICE**
)
)
vs. )
)
SONY INTERACTIVE ENTERTAINMENT, )
LLC, )
)
Defendant. )

UPON CONSIDERATION of Plaintiff's Unopposed Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. Proc. Rule 41(a), it is

HEREBY ORDERED that the Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED**.

Dated:

8/27/24

_____
JAMES DONATO
United States District Judge